# EXHIBIT D

## Page 1

```
 1         UNITED STATES DISTRICT COURT
 2         SOUTHERN DISTRICT OF ILLINOIS
 3             EAST ST. LOUIS DIVISION
 4   CHARLENE EIKE, et al., on   )
     behalf of themselves and all)
 5   others similarly situated,  )
                                 )Cause No.
 6           Plaintiffs,  )3:12-cv-01141-DRH-DGW
                                 )
 7   v.                          )
                                 )
 8   ALLERGAN, INC., et al.,     )
                                 )
 9           Defendants.         )
     ----------------------------)
10
11
12
13
14
15    VIDEOTAPED DEPOSITION OF GREGORY SEITZ, II
16               Princeton, New Jersey
17              Wednesday, March 12, 2014
18
19
20
21
22
23
24   Reported by:
     JOMANNA DeROSA, CSR
25   JOB NO. 70916
```

## Page 2

```
 1          March 12, 2014
 2          9:30 a.m.
 3
 4
 5          Videotaped Deposition of
 6   GREGORY SEITZ, II, held at the offices
 7   of Reed Smith, 136 Main Street,
 8   Princeton, New Jersey, before Jomanna
 9   DeRosa, a Certified Shorthand Reporter
10   and Notary Public of the States of
11   New York, New Jersey, California
12   and Arizona.
```

## Page 3

```
 1   A P P E A R A N C E S :
 2
       LAW OFFICE OF RICHARD S. CORNFELD
 3     Attorneys for the Plaintiffs
         1010 Market Street, Suite 1720
 4       St. Louis, Missouri 63101
       BY:  RICHARD S. CORNFELD, ESQ. (via phone)
 5
 6     GREENBERG TRAURIG, LLP
       Attorneys for Alcon Laboratories,
 7     Alcon Research, Ltd.; Falcon
       Pharmaceuticals, Ltd; and Sandoz, Inc.
 8       77 W. Wacker Drive, Suite 2500
         Chicago, Illinois 60601
 9     BY:  GREGORY OSTFELD, ESQ.
10
       KIRKLAND & ELLIS, LLP
11     Attorneys for Pfizer, Inc.
         333 S. Hope Street
12       Los Angeles, California 90071
       BY:  AUSTIN NORRIS, ESQ. (via phone)
13
14     SHOOK, HARDY & BACON, LLP
       Attorneys for Allergan, Inc.;
15     Allergan USA, Inc.; Allergan Sales, LLC;
       and Bausch & Lomb, Inc.
16       2555 Grand Boulevard
         Kansas City, Missouri 64108
17     BY:  JAMES P. MUEHLBERGER, ESQ. (via phone)
18
       BRYAN CAVE, LLP
19     Attorneys for Merck & Co., Inc.; Merck,
       Sharp & Dohme Corp.; and Prasco, LLC
20       211 N. Broadway, Suite 3600
         St. Louis, Missouri 63102
21     BY:  TIMOTHY HASKEN, ESQ. (via phone)
22
     ALSO PRESENT:
23
     DAVID L. KLEINMAN, In-House Counsel for Sandoz
24   MATTHEW SMITH, Legal Video Specialist
25
```

## Page 4

```
 1              INDEX:
 2   WITNESS         EXAM BY:              PAGE:
 3   G. Seitz, II    Mr. Cornfeld           7
 4
 5
 6
 7              EXHIBITS
 8   Exhibit No.                          Page:
 9   Exhibit PL 4064    Notice of Deposition    10
10   Exhibit PL 4058    Answer to Interrogatory 15
```

Page 5

1         LITIGATION SUPPORT INDEX
2
3      DIRECTION TO WITNESS NOT TO ANSWER
4       Page    Line    Page    Line
5                    (NONE)
6
7      REQUEST FOR PRODUCTION OF DOCUMENTS
8       Page    Line    Page    Line
9                    (NONE)
10
11        INFORMATION TO BE FURNISHED
12      Page    Line    Page    Line
13                   (NONE)
14
15       QUESTIONS MARKED FOR A RULING
16      Page    Line    Page    Line
17                   (NONE)

Page 6

1           THE VIDEOGRAPHER:  We're on the
2   record.  Today's date is March 12th, 2014, and
3   the time is 9:39 a.m.  This is the videotaped
4   deposition of Gregory Seitz in the matter of
5   Charlene Eike, et al. v. Allergan,
6   Incorporated, et al., Case No. 3:12-cv-01141,
7   in the United States District Court, Southern
8   District of Illinois.
9           This deposition is being held at
10  136 Main Street in Princeton, New Jersey.  The
11  reporter's name is Jomanna DeRosa.  My name is
12  Matthew Smith.  I'm the certified legal
13  videographer.  We are with Midwest Litigation
14  Services.
15          Would the attorneys present please
16  introduce yourselves.
17          MR. CORNFELD:  Rick Cornfeld,
18  representing the plaintiffs.
19          MR. OSTFELD:  This is Greg Ostfeld,
20  representing Sandoz, Inc., Alcon Research,
21  Alcon Laboratories, and Falcon
22  Pharmaceuticals.
23          MR. KLEINMAN:  David Kleinman,
24  in-house counsel for Sandoz.
25          THE VIDEOGRAPHER:  And will counsel

Page 7

1   who is present telephonically please state
2   your appearances as well.
3           MR. MUEHLBERGER:  This is Jim
4   Muehlberger of Shook, Hardy & Bacon,
5   representing the Allergan and Bausch & Lomb
6   defendants.
7           MR. HASKEN:  This is Tim Hasken
8   from Bryan Cave law firm, representing the
9   Merck and Prasco defendants.
10          MR. NORRIS:  This is Austin Norris
11  from Kirkland & Ellis representing Pfizer,
12  Inc.
13          THE VIDEOGRAPHER:  Thank you.  And
14  will the court reporter please swear in the
15  witness.
16  G R E G O R Y  S E I T Z, II, called as a
17      witness, having been duly sworn by a Notary
18      Public, was examined and testified as
19      follows:
20  EXAMINATION BY
21  MR. CORNFELD:
22      Q.   Would you state your name please,
23  sir?
24      A.   Sure.  It's Gregory Seitz, II.
25      Q.   And, Mr. Seitz, by whom are you

Page 8

1   employed?
2       A.   I'm employed by Sandoz, Inc.
3       Q.   What is your position there?
4       A.   My position is Director of
5   Regulatory Affairs.
6       Q.   How long have you had that
7   position?
8       A.   I've had that position for about
9   three and a half years.
10      Q.   All right.  How long have you
11  worked for Sandoz, Inc.?
12      A.   Approximately, four and a half
13  years.
14      Q.   So, you began with Sandoz in around
15  2009?
16      A.   Correct.
17      Q.   Okay.  And what was your position
18  when you hired on with them?
19      A.   I was hired as an Associate
20  Director of Regulatory Affairs.
21      Q.   What is your business address?
22      A.   My business address is One Health
23  Plaza, East Hanover, New Jersey.
24      Q.   All right.  And, sir, as you know,
25  I introduced myself to you before we began.  I'm

Page 9

1  Rick Cornfeld.  I represent the plaintiffs in the
2  Eike litigation, and I will be asking you
3  questions this morning.
4         If at any time you have not heard
5  my question, or think you haven't heard it, or
6  don't understand it, or maybe there's a glitch in
7  the video connection, will you let me know so that
8  I can make the question either audible or
9  understandable?
10     A.   I will.
11     Q.   All right.  And if you -- at any
12  time you want to take a break, just let me know.
13  Usually the videographer has to take a break after
14  every hour or so, but if you would like a break at
15  any other time, just let me know and that will be
16  fine.  All right?
17     A.   Thank you.
18     Q.   Okay.  And you understand that you
19  are here testifying as a corporate representative
20  of Sandoz, Inc.  Correct?
21     A.   That is correct.
22     Q.   All right.  And you agreed to
23  fulfill that role on behalf of Sandoz.  Correct?
24     A.   That is correct.
25     Q.   All right.  And so, you understand

Page 10

1  that you are here to testify not just to what you,
2  Gregory Seitz, know, but to what Sandoz, Inc.
3  knows.  Correct?
4     A.   Correct.
5     Q.   And if during my questioning I use
6  the word "you" in the question, you will
7  understand that what I am talking about is Sandoz,
8  and not you, personally, Gregory Seitz.  Correct?
9     A.   Correct.
10     Q.   Okay.  So, for example, if I say
11  are you aware that I am sitting here in St. Louis,
12  I'm asking not -- not you, Gregory Seitz, and so,
13  you'd have to think, well, boy, does my company
14  know that, that Mr. Cornfeld is in St. Louis, and
15  maybe they don't know that, so I have to say I
16  don't know.  You understand that.  Correct?
17         MR. OSTFELD:  Objection.  Form.
18     Q.   Go ahead.
19     A.   Correct.
20         (Exhibit PL 4064 marked for
21  identification.)
22     Q.   Okay.  Sir, do you have in front of
23  you the document that's the Notice of Deposition?
24  It's got the Bates number on the first page of
25  PL 004064.

Page 11

1     A.   Yes.  It was just handed to me.
2     Q.   All right.  Have you seen that
3  document before?
4     A.   Yes.
5     Q.   All right.  So, you know that this
6  contains the topics on which we asked Sandoz to
7  provide a witness to testify.  Correct?
8     A.   I believe that there was further
9  communication after this.
10     Q.   Well, let me start with this:  You
11  understand that these are the topics on which we
12  asked for a witness.  Correct?
13     A.   I believe so.
14     Q.   Okay.  And I understand from --
15  from communications from your attorneys that there
16  are topics in here on which Sandoz says it has no
17  knowledge.
18         And that's fine.  And I think on
19  those topics what I'm going to want to do is just
20  have you confirm that.  And if it's true that
21  Sandoz has no knowledge about something, that's
22  fine, and we'll go on our way.  All right?
23     A.   Okay.
24     Q.   Okay.  Now, in preparing for this
25  deposition, what did you do?

Page 12

1     A.   I had met with my attorneys, as
2  well as looked through some of the submissions for
3  the products at question.
4     Q.   Did you do anything else?
5     A.   No.
6     Q.   Did you talk to anyone other than
7  your attorneys?
8     A.   No.
9     Q.   Incidentally, other than working
10  for Sandoz, have you ever worked for any other
11  company within what I'll call the Alcon family?
12     A.   No.
13     Q.   All right.  So, you've never worked
14  for Alcon Laboratories, or Alcon, Inc., or Falcon,
15  or any of those companies that are part of the
16  Alcon group?
17     A.   No.
18     Q.   Is that right?
19     A.   Correct.
20     Q.   Correct?  Okay.
21         You understand that Sandoz is a
22  company that develops, manufactures, and markets
23  and distributes a broad line of generic
24  prescription products.  Correct?
25     A.   Correct.

Page 13

1   Q.   And incidentally you pronounce the
2   name of the company -- I want to make sure I get
3   this right since we're on video.  You pronounce
4   the name of the company by pronouncing the final
5   Z, Sandoz?
6       A.   I believe it's called Sandoz.
7       Q.   Okay.  Maybe I misunderstood you.
8   I have heard the in-house counsel refer to it as
9   Sandoz, and I thought I heard you say Sandoz,
10  Inc., but more correctly we should call it Sandoz,
11  with a silent Z?
12      A.   Correct.
13      Q.   Is that right?
14      A.   Correct.
15      Q.   Okay.  Now, for nearly three years
16  Alcon has been manufacturing and supplying
17  ophthalmic pharmaceuticals for Sandoz in the
18  United States.  Correct?
19      A.   I believe so.
20      Q.   When did that begin?
21      A.   I'm not 100 percent sure on the
22  date, as that's not my area of expertise.
23      Q.   I've seen April of 2011 and June of
24  2011, but I've seen both of those.  But was it
25  around then?

Page 14

1       A.   It could have been in 2011.
2       Q.   All right.  Whenever it was, since
3   that time, Sandoz purchased those products,
4   ophthalmic pharmaceuticals, from Alcon and sold,
5   marketed, and distributed them in the United
6   States.  Correct?
7       A.   Sandoz is currently a distributor
8   of products manufactured by Alcon, yes.
9       Q.   Okay.  It buys those products from
10  Alcon.
11      Correct?
12      A.   Correct.
13      Q.   All right.  And it markets those
14  products.  Correct?
15      A.   Correct.
16      Q.   All right.  Does Alcon manufacture
17  those products?
18          MR. OSTFELD:  Objection.
19  Ambiguous.
20      A.   Are you speaking in particularly
21  about the products in question or --
22      Q.   The pharmaceutical -- the generic
23  pharmaceutical products that Sandoz buys from
24  Alcon, is Alcon the manufacturer?
25      A.   I believe so.

Page 15

1       (Exhibit PL 4058 marked for
2   identification.)
3       Q.   Okay.  And would you take a look at
4   the document that's numbered PL 004058.
5       Do you see that?
6       A.   One second, please.  Okay.
7       Q.   Is -- strike that.
8       Have you seen this document before?
9       A.   No.
10      Q.   All right.  This -- this is a
11  document that was provided to us by Sandoz in
12  response to an interrogatory that we asked.
13      Can you look through this and
14  confirm that this lists the ophthalmic
15  pharmaceuticals that Sandoz purchases, markets,
16  and distributes and sells after being purchased
17  from Alcon?
18          MR. OSTFELD:  Objection.  Scope.
19      A.   I would need to verify it, as it's
20  not my area of expertise.
21      Q.   Does it look accurate?
22          MR. OSTFELD:  Objection.  Form.
23      A.   Again, I would need to verify it.
24      Q.   What I understand is the products
25  on which you are prepared to testify are

Page 16

1   Dorzolamide, Dorzolamide Timolol, Latanoprost,
2   Timolol, and Timolol GFS.  Is that right?
3       A.   That is correct.
4       Q.   And those are all products that
5   Sandoz purchases from Alcon, then markets,
6   distributes, and sells.  Correct?
7       A.   That is correct.
8       Q.   And I've been using the term Alcon.
9   Do you understand that there are several companies
10  that have the name Alcon within it, and I'm just
11  using that term, for want of a better word,
12  generically just to refer to the Alcon group of
13  companies.  All right?
14      A.   Correct.
15      Q.   And with -- okay.
16      Were you involved at all in the
17  document search in this litigation?
18      A.   When you say "search," I was -- I
19  did provide documentation to counsel, yes.
20      Q.   What documentation did you provide?
21      A.   Any of the regulatory documentation
22  that was provided.
23      Q.   Such as?
24      A.   Such as anything that was submitted
25  to the FDA.

Page 17

1   Q. Did Sandoz submit anything to the
2   FDA or was that done by Alcon?
3   A. All the research and development
4   for these products, including the original
5   applications and supplements, were submitted by
6   Alcon.
7        Sandoz has submitted additional
8   information to these applications as a regulatory
9   agent on Alcon's behalf.
10   Q. All right. Are these documents
11   that are prepared by Alcon and Sandoz submits
12   them?
13   A. Correct.
14   Q. What -- what documents are those,
15   if you can describe them generally?
16   A. The only submissions that Sandoz
17   has made on behalf of Alcon has been annual
18   reports.
19   Q. Annual reports?
20   A. Correct.
21   Q. Do any of those annual reports have
22   to do with drop size?
23   A. No.
24   Q. So, Sandoz has not submitted any --
25   any documentation or submitted anything to the FDA

Page 18

1   for any of the products that we're talking about
2   here related to the size of the drops.
3        Is that right?
4   A. Not that I'm aware of.
5   Q. Okay. I am correct that they have
6   not done so, so far as you know?
7   A. As far as I'm aware, correct.
8   Q. Was anyone else involved in
9   searching for documents in this case?
10   A. I am not aware of any other
11   documentation requests.
12   Q. All right. You understand that
13   this case relates to the size of eye drops that
14   are emitted from the eye drop dispensers that
15   patients use. Correct?
16   A. Correct.
17   Q. All right. Does Sandoz itself have
18   any knowledge about the size of the -- of those
19   eye drops?
20   A. Again, development and all
21   technical expertise is done by Alcon. So,
22   Sandoz --
23   Q. All right. So, then -- I'm sorry.
24   Go ahead.
25   A. No. Sandoz is only a distributor

Page 19

1   for these products.
2   Q. Okay. So, Sandoz -- am I correct
3   that Sandoz has no knowledge about the size of the
4   eye drops that are emitted from the dispensers
5   that it sells?
6        MR. OSTFELD: Objection. Scope.
7   A. That I don't know.
8   Q. You're not aware of any such
9   knowledge that Sandoz has. Is that correct?
10   A. Correct.
11   Q. So far as you are aware, does
12   Sandoz have any knowledge about the factors that
13   influence eye drop size?
14        MR. OSTFELD: Objection. Scope.
15   A. Being a regulatory professional,
16   that's outside of my area of expertise.
17   Q. So, you're not aware of any such
18   knowledge. Is that right?
19        MR. OSTFELD: Same objection.
20   A. Correct.
21   Q. So far as you're aware, has Sandoz
22   ever tested the eye drops at issue in this case?
23        MR. OSTFELD: Objection. Scope.
24   A. Not that I am aware of.
25   Q. So far as you are aware, is Sandoz

Page 20

1   knowledgeable about tests by others of the drop
2   size of the products at issue in this case?
3   A. Again, not that I'm aware of.
4   Q. If a customer of one of the drops
5   at issue in this case, say, Timolol or Timolol
6   GFS, whatever it is, so the customer has a
7   complaint or an inquiry, and they send that
8   complaint or inquiry to Sandoz either by e-mail,
9   or by letter, or by telephone, does Sandoz have
10   procedures for handling those complaints or
11   inquiries?
12        MR. OSTFELD: Objection. Scope.
13   A. Again, Sandoz isn't the applicant,
14   so any of those complaints would be Alcon.
15   Q. So, if Sandoz receives such a
16   complaint or inquiry, Sandoz would refer the
17   customer to Alcon. Is that right?
18        MR. OSTFELD: Objection. Scope.
19   A. Yes. As the applicant, they would
20   be responsible for adverse events and/or customer
21   complaints.
22   Q. All right. I don't mean just a
23   customer complaint, but an inquiry. If a customer
24   called and said how long is my bottle of Timolol
25   supposed to last, would Sandoz tell that customer

5 (Pages 17 to 20)

GREGORY SEITZ, II   3/12/2014

Page 21

1  to call Alcon or would Sandoz have an answer for
2  them?
3       MR. OSTFELD: Objection. Scope.
4       A.   Again, it would be handled by
5  Alcon.
6       Q.   So, Sandoz would tell the customer,
7  call Alcon, and here's their phone number, or
8  here's their e-mail address or whatever?
9            Is that how it would be handled?
10      MR. OSTFELD: Objection. Scope.
11 Foundation.
12      A.   Again, that's outside of my
13 expertise, but I believe that that would be
14 handled by Alcon.
15      Q.   Okay. So, Sandoz would refer the
16 customer to Alcon and tell the customer how to get
17 in touch with Alcon. Is that right?
18      MR. OSTFELD: Objection. Scope.
19 Foundation. Asked and answered.
20      Q.   Go ahead.
21      A.   Again, it's outside of my
22 expertise, so I would assume that it would be
23 handled by Alcon.
24      Q.   You say you assume that -- Sandoz
25 then would have to refer the customer to Alcon.

Page 22

1       Correct?
2       MR. OSTFELD: Same objections.
3       Q.   Is that your understanding?
4       A.   I assume so.
5       Q.   Does Sandoz have any knowledge
6  about the amount of medication that the eye can
7  absorb?
8       MR. OSTFELD: Objection. Scope.
9       A.   That's outside of my area of
10 expertise.
11      Q.   Are you aware of any such knowledge
12 that Sandoz has?
13      MR. OSTFELD: Same objection.
14      A.   It's, again, outside of my
15 expertise.
16      Q.   Are you aware of any such knowledge
17 that Sandoz has?
18      MR. OSTFELD: Same objection.
19 Asked and answered.
20      Q.   Go ahead.
21      A.   I am not aware of anything, as this
22 is not an area of my expertise.
23      Q.   All right. Are you aware of
24 whether Sandoz knows what size of an eye drop is
25 necessary to be effective?

Page 23

1       MR. OSTFELD: Objection. Scope.
2       A.   Again, this is outside of my area
3  of expertise.
4       Q.   Are you aware of any such knowledge
5  that Sandoz has?
6       MR. OSTFELD: Same objection.
7  Objection. Asked and answered.
8       A.   I am not aware of anything.
9       Q.   Is Sandoz, to your knowledge, aware
10 of any literature, scientific literature,
11 regarding the size of eye drops?
12      MR. OSTFELD: Objection. Scope.
13      A.   Again, that's outside of my area.
14 I am not aware of anything.
15      MR. CORNFELD: That's all the
16 questions that I have. Thank you very much,
17 sir.
18      MR. OSTFELD: Let's take a quick
19 break.
20      THE VIDEOGRAPHER: The time is
21 10:02 a.m. We're off the record.
22      (Recess taken.)
23      THE VIDEOGRAPHER: We're on the
24 record. It's 10:12 a.m.
25      MR. OSTFELD: Okay. This is Greg

Page 24

1  Ostfeld. I have no further questions. We'll
2  reserve signature.
3       MR. CORNFELD: All right. So, that
4  concludes the deposition.
5       Madam Court Reporter, I would like
6  you to take the three exhibits that we used,
7  and first put an exhibit sticker on the first
8  page of each document, towards the lower
9  right, just above the Bates number.
10      So, for example, there will be an
11 exhibit sticker above the Bates No. PL 004058,
12 so that that exhibit will be referred to in
13 the future as Exhibit PL 004058. And then
14 please attach those to the transcript.
15      With that, I think we can go off
16 the record.
17      THE VIDEOGRAPHER: This concludes
18 today's deposition. The time is 10:13 a.m.
19 We're off the record.
20      (Recess taken.)
21      THE VIDEOGRAPHER: We're on the
22 record. It's 10:14 a.m.
23      MR. CORNFELD: All right. Just as
24 a correction that somebody kindly pointed out
25 to me, there were only two documents that were

### Page 25

1  used as exhibits in this deposition.
2      One was a document with the first
3  page PL 004058, and the other was a document
4  with the first page PL 004064.
5      And with that we can, I think,
6  finally go off the record.
7      THE VIDEOGRAPHER:  This concludes
8  today's deposition.  The time is 10:15 a.m.
9  We're off the record.
10      (Time Ended:  10:15 a.m.)

### Page 26

1          CERTIFICATE
2  STATE OF NEW YORK )
3              )ss:
4  COUNTY OF NEW YORK)
5
6      I, JOMANNA DeROSA, a Certified
7  Shorthand Reporter and Notary Public within
8  and for the States of New York, New Jersey,
9  California and Arizona, do hereby certify:
10     That GREGORY SEITZ, II, the witness
11 whose deposition is hereinbefore set forth, was
12 duly sworn by me and that such deposition is a
13 true record of the testimony given by such
14 witness.
15     I further certify that I am not
16 related to any of the parties to this action
17 by blood or marriage, and that I am in no
18 way interested in the outcome of this
19 matter.
20     In witness whereof, I have hereunto
21 set my hand this 24th day of March, 2014.
22
23      _____
24          JOMANNA DeROSA
25

### Page 27

1          MIDWEST LITIGATION SERVICES
2  March 25, 2014
3  GREENBERG TRAURIG, LLP
   77 W. Wacker Drive, Suite 2500
4  Chicago, Illinois 60601
   IN RE: CHARLENE EIKE, et al., on behalf of
5      themselves and all others similarly
       situated VS ALLERGAN, INC., et al.
6
   Dear GREGORY OSTFELD, ESQ.
7
   Please find enclosed your copies of the deposition of
8  GREGORY SEITZ, II taken on March 12, 2014 in the
9  above-referenced case. Also enclosed is the original
10 signature page and errata sheets.
11
12 Please have the witness read your copy of the
13 transcript, indicate any changes and/or corrections
14 desired on the errata sheets, and sign the signature
15 page before a notary public.
16
17 Please return the errata sheets and notarized
18 signature page to RICHARD S. CORNFELD for filing prior to
19 trial date.
20
21 Sincerely,
22
23
24 Jomanna DeRosa
25 Enclosures

### Page 28

1          ERRATA SHEET
2  Witness Name: GREGORY SEITZ, II
3  Case Name: CHARLENE EIKE, et al., on behalf of
4      themselves and all others similarly
5      situated VS ALLERGAN, INC., et al.
6  Date Taken: MARCH 12, 2014
7
8  Page #_____   Line #_____
9  Should read: _____
10 Reason for change: _____
11
12 Page #_____   Line #_____
13 Should read: _____
14 Reason for change: _____
15
16 Page #_____   Line #_____
17 Should read: _____
18 Reason for change: _____
19
20 Page #_____   Line #_____
    Should read: _____
    Reason for change: _____
21
    Page #_____   Line #_____
22 Should read: _____
23 Reason for change: _____
24
25 Witness Signature: _____

7 (Pages 25 to 28)

GREGORY SEITZ, II   3/12/2014

Page 29

1  STATE OF _____)
2
3  COUNTY OF _____)
4
5  I, GREGORY SEITZ, II, do hereby certify:
6     That I have read the foregoing deposition;
7     That I have made such changes in form
8  and/or substance to the within deposition as might
9  be necessary to render the same true and correct;
10    That having made such changes thereon, I
11 hereby subscribe my name to the deposition.
12    I declare under penalty of perjury that the
13 foregoing is true and correct.
14    Executed this _____ day of _____,
15 20___, at _____.
16
17
18
19       _____
20              GREGORY SEITZ, II
21
22       _____
23              NOTARY PUBLIC
24 My Commission Expires:
25

8 (Page 29)

**A**
aboverefenced 27:9
absorb 22:7
accurate 15:21
action 26:16
additional 17:7
address 8:21,22 21:8
adverse 20:20
affairs 8:5,20
agent 17:9
agreed 9:22
ahead 10:18 18:24 21:20 22:20
al 1:4,8 6:5,6 27:4,5 28:3,5
alcon 3:6,7 6:20 6:21 12:11,14 12:14,16 13:16 14:4,8,10,16,24 14:24 15:17 16:5,8,10,12 17:2,6,11,17 18:21 20:14,17 21:1,5,7,14,16 21:17,23,25
alcons 17:9
allergan 1:8 3:14 3:15,15 6:5 7:5 27:5 28:5
ambiguous 14:19
amount 22:6
angeles 3:12
annual 17:17,19 17:21
answer 4:10 5:3 21:1
answered 21:19 22:19 23:7
appearances 7:2
applicant 20:13 20:19
applications 17:5 17:8

approximately 8:12
april 13:23
area 13:22 15:20 19:16 22:9,22 23:2,13
arizona 2:12 26:9
asked 11:6,12 15:12 21:19 22:19 23:7
asking 9:2 10:12
associate 8:19
assume 21:22,24 22:4
attach 24:14
attorneys 3:3,6 3:11,14,19 6:15 11:15 12:1,7
audible 9:8
austin 3:12 7:10
aware 10:11 18:4 18:7,10 19:8,11 19:17,21,24,25 20:3 22:11,16 22:21,23 23:4,8 23:9,14

**B**
bacon 3:14 7:4
bates 10:24 24:9 24:11
bausch 3:15 7:5
began 8:14,25
behalf 1:4 9:23 17:9,17 27:4 28:3
believe 11:8,13 13:6,19 14:25 21:13
better 16:11
blood 26:17
bottle 20:24
boulevard 3:16
boy 10:13
break 9:12,13,14 23:19

broad 12:23
broadway 3:20
bryan 3:18 7:8
business 8:21,22
buys 14:9,23

**C**
c 3:1
california 2:11 3:12 26:9
call 12:11 13:10 21:1,7
called 7:16 13:6 20:24
case 6:6 18:9,13 19:22 20:2,5 27:9 28:3
cause 1:5
cave 3:18 7:8
certificate 26:1
certified 2:9 6:12 26:6
certify 26:9,15 29:5
change 28:10,14 28:18,20,23
changes 27:13 29:7,10
charlene 1:4 6:5 27:4 28:3
chicago 3:8 27:4
city 3:16
commission 29:24
communication 11:9
communications 11:15
companies 12:15 16:9,13
company 10:13 12:11,22 13:2,4
complaint 20:7,8 20:16,23
complaints 20:10 20:14,21
concludes 24:4

24:17 25:7
confirm 11:20 15:14
connection 9:7
contains 11:6
copies 27:7
copy 27:12
cornfeld 3:2,4 4:3 6:17,17 7:21 9:1 10:14 23:15 24:3,23 27:18
corp 3:19
corporate 9:19
correct 8:16 9:20 9:21,23,24 10:3 10:4,8,9,16,19 11:7,12 12:19 12:20,24,25 13:12,14,18 14:6,11,12,14 14:15 16:3,6,7 16:14 17:13,20 18:5,7,15,16 19:2,9,10,20 22:1 29:9,13
correction 24:24
corrections 27:13
correctly 13:10
counsel 3:23 6:24 6:25 13:8 16:19
county 26:4 29:3
court 1:1 6:7 7:14 24:5
csr 1:24
currently 14:7
customer 20:4,6 20:17,20,23,23 20:25 21:6,16 21:16,25

**D**
date 6:2 13:22 27:19 28:6
david 3:23 6:23
day 26:21 29:14

dear 27:6
declare 29:12
defendants 1:9 7:6,9
deposition 1:15 2:5 4:9 6:4,9 10:23 11:25 24:4,18 25:1,8 26:11,12 27:7 29:6,8,11
derosa 1:24 2:9 6:11 26:6,24 27:24
describe 17:15
desired 27:14
development 17:3 18:20
develops 12:22
direction 5:3
director 8:4,20
dispensers 18:14 19:4
distributed 14:5
distributes 12:23 15:16 16:6
distributor 14:7 18:25
district 1:1,2 6:7 6:8
division 1:3
document 10:23 11:3 15:4,8,11 16:17 24:8 25:2 25:3
documentation 16:19,20,21 17:25 18:11
documents 5:7 17:10,14 18:9 24:25
dohme 3:19
dont 9:6 10:15,16 19:7 20:22
dorzolamide 16:1,1
drive 3:8 27:3

**drop** 17:22 18:14 19:13 20:1 22:24
**drops** 18:2,13,19 19:4,22 20:4 23:11
**duly** 7:17 26:12

**E**

**e** 3:1,1 7:16,16
**east** 1:3 8:23
**effective** 22:25
**eike** 1:4 6:5 9:2 27:4 28:3
**either** 9:8 20:8
**ellis** 3:10 7:11
**email** 20:8 21:8
**emitted** 18:14 19:4
**employed** 8:1,2
**enclosed** 27:7,9
**enclosures** 27:25
**ended** 25:10
**errata** 27:10,14 27:17 28:1
**esq** 3:4,9,12,17 3:21 27:6
**et** 1:4,8 6:5,6 27:4,5 28:3,5
**events** 20:20
**exam** 4:2
**examination** 7:20
**examined** 7:18
**example** 10:10 24:10
**executed** 29:14
**exhibit** 4:8,9,10 10:20 15:1 24:7 24:11,12,13
**exhibits** 4:7 24:6 25:1
**expertise** 13:22 15:20 18:21 19:16 21:13,22 22:10,15,22 23:3

**expires** 29:24
**eye** 18:13,14,19 19:4,13,22 22:6 22:24 23:11

**F**

**factors** 19:12
**falcon** 3:7 6:21 12:14
**family** 12:11
**far** 18:6,7 19:11 19:21,25
**fda** 16:25 17:2,25
**filing** 27:18
**final** 13:4
**finally** 25:6
**find** 27:7
**fine** 9:16 11:18 11:22
**firm** 7:8
**first** 10:24 24:7,7 25:2,4
**follows** 7:19
**foregoing** 29:6 29:13
**form** 10:17 15:22 29:7
**forth** 26:11
**foundation** 21:11 21:19
**four** 8:12
**front** 10:22
**fulfill** 9:23
**furnished** 5:11
**further** 11:8 24:1 26:15
**future** 24:13

**G**

**g** 4:3 7:16,16
**generally** 17:15
**generic** 12:23 14:22
**generically** 16:12
**gfs** 16:2 20:6
**given** 26:13
**glitch** 9:6

**go** 10:18 11:22 18:24 21:20 22:20 24:15 25:6
**going** 11:19
**grand** 3:16
**greenberg** 3:6 27:3
**greg** 6:19 23:25
**gregory** 1:15 2:6 3:9 6:4 7:24 10:2,8,12 26:10 27:6,8 28:2 29:5,20
**group** 12:16 16:12

**H**

**half** 8:9,12
**hand** 26:21
**handed** 11:1
**handled** 21:4,9 21:14,23
**handling** 20:10
**hanover** 8:23
**hardy** 3:14 7:4
**hasken** 3:21 7:7 7:7
**havent** 9:5
**health** 8:22
**heard** 9:4,5 13:8 13:9
**held** 2:6 6:9
**hereinbefore** 26:11
**heres** 21:7,8
**hereunto** 26:20
**hired** 8:18,19
**hope** 3:11
**hour** 9:14

**I**

**identification** 10:21 15:2
**ii** 1:15 2:6 4:3 7:16,24 26:10 27:8 28:2 29:5

29:20
**ill** 12:11
**illinois** 1:2 3:8 6:8 27:4
**im** 6:12 8:2,25 10:12 11:19 13:21 16:10 18:4,7,23 20:3
**incidentally** 12:9 13:1
**including** 17:4
**incorporated** 6:6
**index** 4:1 5:1
**indicate** 27:13
**influence** 19:13
**information** 5:11 17:8
**inhouse** 3:23 6:24 13:8
**inquiries** 20:11
**inquiry** 20:7,8,16 20:23
**interested** 26:18
**interrogatory** 4:10 15:12
**introduce** 6:16
**introduced** 8:25
**involved** 16:16 18:8
**isnt** 20:13
**issue** 19:22 20:2 20:5
**ive** 8:8 13:23,24 16:8

**J**

**james** 3:17
**jersey** 1:16 2:8 2:11 6:10 8:23 26:8
**jim** 7:3
**job** 1:25
**jomanna** 1:24 2:8 6:11 26:6 26:24 27:24
**june** 13:23

**K**

**kansas** 3:16
**kindly** 24:24
**kirkland** 3:10 7:11
**kleinman** 3:23 6:23,23
**know** 8:24 9:7,12 9:15 10:2,14,15 10:16 11:5 18:6 19:7
**knowledge** 11:17 11:21 18:18 19:3,9,12,18 22:5,11,16 23:4 23:9
**knowledgeable** 20:1
**knows** 10:3 22:24

**L**

**l** 3:23
**laboratories** 3:6 6:21 12:14
**latanoprost** 16:1
**law** 3:2 7:8
**legal** 3:24 6:12
**letter** 20:9
**line** 5:4,4,8,8,12 5:12,16,16 12:23 28:8,12 28:16,19,21
**lists** 15:14
**literature** 23:10 23:10
**litigation** 5:1 6:13 9:2 16:17 27:1
**llc** 3:15,19
**llp** 3:6,10,14,18 27:3
**lomb** 3:15 7:5
**long** 8:6,10 20:24
**look** 15:3,13,21
**looked** 12:2

**los** 3:12
**louis** 1:3 3:4,20 10:11,14
**lower** 24:8

**M**

**m** 2:2 6:3 23:21 23:24 24:18,22 25:8,10
**madam** 24:5
**main** 2:7 6:10
**manufacture** 14:16
**manufactured** 14:8
**manufacturer** 14:24
**manufactures** 12:22
**manufacturing** 13:16
**march** 1:17 2:1 6:2 26:21 27:2 27:8 28:6
**marked** 5:15 10:20 15:1
**market** 3:3
**marketed** 14:5
**markets** 12:22 14:13 15:15 16:5
**marriage** 26:17
**matter** 6:4 26:19
**matthew** 3:24 6:12
**mean** 20:22
**medication** 22:6
**merck** 3:19,19 7:9
**met** 12:1
**midwest** 6:13 27:1
**missouri** 3:4,16 3:20
**misunderstood** 13:7
**morning** 9:3

**muehlberger** 3:17 7:3,4

**N**

**n** 3:1,20
**name** 6:11,11 7:22 13:2,4 16:10 28:2,3 29:11
**nearly** 13:15
**necessary** 22:25 29:9
**need** 15:19,23
**never** 12:13
**new** 1:16 2:8,11 2:11 6:10 8:23 26:2,4,8,8
**norris** 3:12 7:10 7:10
**notarized** 27:17
**notary** 2:10 7:17 26:7 27:15 29:23
**notice** 4:9 10:23
**number** 10:24 21:7 24:9
**numbered** 15:4

**O**

**o** 7:16
**objection** 10:17 14:18 15:18,22 19:6,14,19,23 20:12,18 21:3 21:10,18 22:8 22:13,18 23:1,6 23:7,12
**objections** 22:2
**office** 3:2
**offices** 2:6
**okay** 8:17 9:18 10:10,22 11:14 11:23,24 12:20 13:7,15 14:9 15:3,6 16:15 18:5 19:2 21:15 23:25

**ophthalmic** 13:17 14:4 15:14
**original** 17:4 27:9
**ostfeld** 3:9 6:19 6:19 10:17 14:18 15:18,22 19:6,14,19,23 20:12,18 21:3 21:10,18 22:2,8 22:13,18 23:1,6 23:12,18,25 24:1 27:6
**outcome** 26:18
**outside** 19:16 21:12,21 22:9 22:14 23:2,13

**P**

**p** 3:1,1,17
**page** 4:2,8 5:4,4 5:8,8,12,12,16 5:16 10:24 24:8 25:3,4 27:10,15 27:18 28:8,12 28:16,19,21
**part** 12:15
**particularly** 14:20
**parties** 26:16
**patients** 18:15
**penalty** 29:12
**percent** 13:21
**perjury** 29:12
**personally** 10:8
**pfizer** 3:11 7:11
**pharmaceutical** 14:22,23
**pharmaceuticals** 3:7 6:22 13:17 14:4 15:15
**phone** 3:4,12,17 3:21 21:7
**pl** 4:9,10 10:20 10:25 15:1,4 24:11,13 25:3,4

**plaintiffs** 1:6 3:3 6:18 9:1
**plaza** 8:23
**please** 6:15 7:1 7:14,22 15:6 24:14 27:7,12 27:17
**pointed** 24:24
**position** 8:3,4,7,8 8:17
**prasco** 3:19 7:9
**prepared** 15:25 17:11
**preparing** 11:24
**prescription** 12:24
**present** 3:22 6:15 7:1
**princeton** 1:16 2:8 6:10
**prior** 27:18
**procedures** 20:10
**production** 5:7
**products** 12:3,24 14:3,8,9,14,17 14:21,23 15:24 16:4 17:4 18:1 19:1 20:2
**professional** 19:15
**pronounce** 13:1 13:3
**pronouncing** 13:4
**provide** 11:7 16:19,20
**provided** 15:11 16:22
**public** 2:10 7:18 26:7 27:15 29:23
**purchased** 14:3 15:16
**purchases** 15:15 16:5

**put** 24:7

**Q**

**question** 9:5,8 10:6 12:3 14:21
**questioning** 10:5
**questions** 5:15 9:3 23:16 24:1
**quick** 23:18

**R**

**r** 3:1 7:16,16
**read** 27:12 28:9 28:13,17,20,22 29:6
**reason** 28:10,14 28:18,20,23
**receives** 20:15
**recess** 23:22 24:20
**record** 6:2 23:21 23:24 24:16,19 24:22 25:6,9 26:13
**reed** 2:7
**refer** 13:8 16:12 20:16 21:15,25
**referred** 24:12
**regarding** 23:11
**regulatory** 8:5 8:20 16:21 17:8 19:15
**related** 18:2 26:16
**relates** 18:13
**render** 29:9
**reported** 1:24
**reporter** 2:9 7:14 24:5 26:7
**reporters** 6:11
**reports** 17:18,19 17:21
**represent** 9:1
**representative** 9:19
**representing** 6:18,20 7:5,8

| | | | | |
|---|---|---|---|---|
| 7:11<br>**request** 5:7<br>**requests** 18:11<br>**research** 3:7 6:20<br>  17:3<br>**reserve** 24:2<br>**response** 15:12<br>**responsible**<br>  20:20<br>**return** 27:17<br>**richard** 3:2,4<br>  27:18<br>**rick** 6:17 9:1<br>**right** 8:10,24<br>  9:11,16,22,25<br>  11:2,5,22 12:13<br>  12:18 13:3,13<br>  14:2,13,16<br>  15:10 16:2,13<br>  17:10 18:3,12<br>  18:17,23 19:18<br>  20:17,22 21:17<br>  22:23 24:3,9,23<br>**role** 9:23<br>**ruling** 5:15<br>———<br>**S**<br>**s** 3:1,2,4,11 7:16<br>  27:18<br>**sales** 3:15<br>**sandoz** 3:7,23<br>  6:20,24 8:2,11<br>  8:14 9:20,23<br>  10:2,7 11:6,16<br>  11:21 12:10,21<br>  13:5,6,9,9,10<br>  13:17 14:3,7,23<br>  15:11,15 16:5<br>  17:1,7,11,16,24<br>  18:17,22,25<br>  19:2,3,9,12,21<br>  19:25 20:8,9,13<br>  20:15,16,25<br>  21:1,6,15,24<br>  22:5,12,17,24<br>  23:5,9<br>**says** 11:16 | **scientific** 23:10<br>**scope** 15:18 19:6<br>  19:14,23 20:12<br>  20:18 21:3,10<br>  21:18 22:8 23:1<br>  23:12<br>**search** 16:17,18<br>**searching** 18:9<br>**second** 15:6<br>**see** 15:5<br>**seen** 11:2 13:23<br>  13:24 15:8<br>**seitz** 1:15 2:6 4:3<br>  6:4 7:24,25<br>  10:2,8,12 26:10<br>  27:8 28:2 29:5<br>  29:20<br>**sells** 15:16 16:6<br>  19:5<br>**send** 20:7<br>**services** 6:14<br>  27:1<br>**set** 26:11,21<br>**sharp** 3:19<br>**sheet** 28:1<br>**sheets** 27:10,14<br>  27:17<br>**shook** 3:14 7:4<br>**shorthand** 2:9<br>  26:7<br>**sign** 27:14<br>**signature** 24:2<br>  27:10,14,18<br>  28:25<br>**silent** 13:11<br>**similarly** 1:5<br>  27:5 28:4<br>**sincerely** 27:21<br>**sir** 7:23 8:24<br>  10:22 23:17<br>**sitting** 10:11<br>**situated** 1:5 27:5<br>  28:5<br>**size** 17:22 18:2<br>  18:13,18 19:3<br>  19:13 20:2 | 22:24 23:11<br>**smith** 2:7 3:24<br>  6:12<br>**sold** 14:4<br>**somebody** 24:24<br>**sorry** 18:23<br>**southern** 1:2 6:7<br>**speaking** 14:20<br>**specialist** 3:24<br>**ss** 26:3<br>**st** 1:3 3:4,20<br>  10:11,14<br>**start** 11:10<br>**state** 7:1,22 26:2<br>  29:1<br>**states** 1:1 2:10<br>  6:7 13:18 14:6<br>  26:8<br>**sticker** 24:7,11<br>**street** 2:7 3:3,11<br>  6:10<br>**strike** 15:7<br>**submissions** 12:2<br>  17:16<br>**submit** 17:1<br>**submits** 17:11<br>**submitted** 16:24<br>  17:5,7,24,25<br>**subscribe** 29:11<br>**substance** 29:8<br>**suite** 3:3,8,20<br>  27:3<br>**supplements**<br>  17:5<br>**supplying** 13:16<br>**support** 5:1<br>**supposed** 20:25<br>**sure** 7:24 13:2,21<br>**swear** 7:14<br>**sworn** 7:17 26:12<br>———<br>**T**<br>**t** 7:16<br>**take** 9:12,13 15:3<br>  23:18 24:6<br>**taken** 23:22<br>  24:20 27:8 28:6 | **talk** 12:6<br>**talking** 10:7 18:1<br>**technical** 18:21<br>**telephone** 20:9<br>**telephonically**<br>  7:1<br>**tell** 20:25 21:6,16<br>**term** 16:8,11<br>**tested** 19:22<br>**testified** 7:18<br>**testify** 10:1 11:7<br>  15:25<br>**testifying** 9:19<br>**testimony** 26:13<br>**tests** 20:1<br>**thank** 7:13 9:17<br>  23:16<br>**thats** 10:23 11:18<br>  11:21 13:22<br>  15:4 19:16<br>  21:12 22:9<br>  23:13,15<br>**thereon** 29:10<br>**theres** 9:6<br>**think** 9:5 10:13<br>  11:18 24:15<br>  25:5<br>**thought** 13:9<br>**three** 8:9 13:15<br>  24:6<br>**tim** 7:7<br>**time** 6:3 9:4,12<br>  9:15 14:3 23:20<br>  24:18 25:8,10<br>**timolol** 16:1,2,2<br>  20:5,5,24<br>**timothy** 3:21<br>**todays** 6:2 24:18<br>  25:8<br>**topics** 11:6,11,16<br>  11:19<br>**touch** 21:17<br>**transcript** 24:14<br>  27:13<br>**traurig** 3:6 27:3<br>**trial** 27:19 | **true** 11:20 26:13<br>  29:9,13<br>**two** 24:25<br>———<br>**U**<br>**understand** 9:6<br>  9:18,25 10:7,16<br>  11:11,14 12:21<br>  15:24 16:9<br>  18:12<br>**understandable**<br>  9:9<br>**understanding**<br>  22:3<br>**united** 1:1 6:7<br>  13:18 14:5<br>**usa** 3:15<br>**use** 10:5 18:15<br>**usually** 9:13<br>———<br>**V**<br>**v** 1:7 6:5<br>**verify** 15:19,23<br>**video** 3:24 9:7<br>  13:3<br>**videographer** 6:1<br>  6:13,25 7:13<br>  9:13 23:20,23<br>  24:17,21 25:7<br>**videotaped** 1:15<br>  2:5 6:3<br>**vs** 27:5 28:5<br>———<br>**W**<br>**w** 3:8 27:3<br>**wacker** 3:8 27:3<br>**want** 9:12 11:19<br>  13:2 16:11<br>**way** 11:22 26:18<br>**wednesday** 1:17<br>**whereof** 26:20<br>**witness** 4:2 5:3<br>  7:15,17 11:7,12<br>  26:10,14,20<br>  27:12 28:2,25<br>**word** 10:6 16:11<br>**worked** 8:11 |

12:10,13
**working** 12:9

---
**X**

---
**Y**

**y** 7:16
**years** 8:9,13
  13:15
**york** 2:11 26:2,4
  26:8
**youd** 10:13
**youre** 19:8,17,21
**youve** 12:13

---
**Z**

**z** 7:16 13:5,11

---
**0**

**004058** 15:4
  24:11,13 25:3
**004064** 10:25
  25:4
**02** 23:21

---
**1**

**10** 4:9 23:21,24
  24:18,22 25:8
  25:10
**100** 13:21
**1010** 3:3
**12** 1:17 2:1 23:24
  27:8 28:6
**12cv01141** 6:6
**12cv01141drh...**
  1:6
**12th** 6:2
**13** 24:18
**136** 2:7 6:10
**14** 24:22
**15** 4:10 25:8,10
**1720** 3:3

---
**2**

**20** 29:15
**2009** 8:15
**2011** 13:23,24

14:1
**2014** 1:17 2:1 6:2
  26:21 27:2,8
  28:6
**211** 3:20
**24th** 26:21
**25** 27:2
**2500** 3:8 27:3
**2555** 3:16

---
**3**

**3** 1:6 6:6
**30** 2:2
**333** 3:11
**3600** 3:20
**39** 6:3

---
**4**

**4058** 4:10 15:1
**4064** 4:9 10:20

---
**5**

---
**6**

**60601** 3:8 27:4
**63101** 3:4
**63102** 3:20
**64108** 3:16

---
**7**

**7** 4:3
**70916** 1:25
**77** 3:8 27:3

---
**8**

---
**9**

**9** 2:2 6:3
**90071** 3:12