# EXHIBIT E

ALAN ROBIN, M.D.   8/6/2014

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF ILLINOIS

 3                EAST ST. LOUIS DIVISION

 4

 5   CHARLENE EIKE, et al.

 6

 7

 8             Plaintiffs        Case No.

 9        vs.                    3:12-cv-01141-DRH-

10   ALLERGAN, INC., et al.      DGW

11             Defendants

12   _____

13

14

15

16       VIDEOTAPED DEPOSITION OF ALAN ROBIN, M.D.

17                Towson, Maryland

18             Wednesday August 6, 2014

19

20

21

22

23

24   Reported by: LINDA LINDSEY, CSR

25
```

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com          Phone: 1.800.280.3376                    Fax: 314.644.1334

ALAN ROBIN, M.D.   8/6/2014

Page 230

```
 1     A    No.

 2     Q    Um, quick question about, we've talked --

 3   we've talked a few times about generic pharmaceutical

 4   companies, and two of my client's Falcon and Sandoz in

 5   this case, do you have any specific criticisms of Sandoz

 6   and Falcon?

 7     A    No, none whatsoever.

 8     Q    Okay.  And I don't -- again, this may be

 9   outside of your expertise and you may -- you can

10   certainly tell me that, but do you understand that when

11   it comes to generic manufacturers such as Sandoz and

12   Falcon, that they do not have the ability to change

13   things like warnings or labels or size of the dropper?

14          MR. CORNFELD:  Object.  Lack of foundation.

15     A    I do know that.

16     Q    Okay.  And -- okay.  And you know that that's

17   dictated by the brand drug, that is the --

18     A    Correct.

19     Q    -- the dropper, labelling?

20     A    Correct.  The brand --

21          MR. CORNFELD:  Object.  Lack of foundation.

22   BY MS. COHEN:

23     Q    Okay.  And you've always understood that to

24   be the case, correct?

25          MR. CORNFELD:  Same objection.
```

Page 231

```
 1      A    I'm not sure I can say always, but I
 2   understand that.
 3      Q    Okay.
 4      A    Correctly.
 5      Q    You agree that a major issue in medical
 6   compliance is patient's application of eye drops?
 7      A    Not medical compli -- ophthalmic compliance,
 8   it's a factor, it is not the major factor.
 9      Q    And you agree with the statement "that a
10   standardize technique for patients to use eye drops does
11   not exist"?
12      A    I may have said that actually.
13      Q    Okay.  And you agree "that adherence to
14   medications and specifically eye drops is very complex,
15   you really have to communicate with patients better"?
16      A    I probably said that also.
17      Q    Do you agree with the statement "that eye
18   drop medications have been around a long time and their
19   success relies upon an individual actually remembering
20   to take the drops and then getting the drop in the eye"?
21      A    Correct.
22      Q    And then, have you said that "this rarely
23   happens", people want quick --
24      A    I didn't hear.
25      Q    This rarely?
```

Page 452

```
 1   STATE OF MARYLAND

 2   COUNTY OF BALTIMORE

 3              I, Linda Lindsey, CSR, a Notary Public of the

 4   State of Maryland, do hereby certify that the within

 5   named, ALAN ROBIN, M.D., was deposed at the time and

 6   place herein set out, and after having been duly sworn

 7   by me, was interrogated by counsel.

 8              I further certify that the examination was

 9   recorded stenographically by me, and this transcript is

10   a true record of the proceedings.

11              I further certify that the stipulations made

12   herein were entered into by counsel in my presence.

13              I further certify that I am not of counsel to

14   any of the parties, nor an employee of counsel, nor

15   related to any of the parties, nor in any way interested

16   in the outcome of this action.

17              As witness my hand and notarial seal this

18   11th day of August, 2013.

19   My commission expires:  December 21, 2015

20

21

22                      _____

23                           Linda Lindsey, CSR,

24                              Notary Public

25
```