

# GOLDENBERG HELLER & ANTOGNOLI, P.C.
ATTORNEYS AT LAW

**MARK C. GOLDENBERG**
Licensed in Illinois & Missouri

2227 South State Route 157 | Edwardsville, Illinois 62025 | 618.656.5150 | WEBSITE: GoldenbergHeller.com

Direct 618.650.7102
mark@ghalaw.com

May 2, 2016

**VIA ELECTRONIC FILING**

Clerk of the Court
United States District Court for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

    *RE:* *EIKE, ET AL. V. ALLERGAN, INC., ET AL.*
       *CASE NO. 3:12-CV-01141-DRH-DGW*
       *PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL LETTER BRIEF, DOC. 270*
       *AND SUPPLEMENTATION OF THEIR SUPPLEMENTAL LETTER BRIEF, DOC. 269*

Dear Clerk:

  Pursuant to the Order of April 18, 2016 (Doc. 268), Plaintiffs wish to call the Court's attention to the fact that they have appealed the ruling in Cottrell v. Alcon Labs., Inc., 2016 WL 1163163 (D.N.J. Mar. 24, 2016), that was the subject of the parties' supplemental letter briefs, Docs. 269 and 270. See Notice of Appeal, Doc. 109, in Cottrell v. Alcon Labs., Inc., No. 3:14-cv-05859-FLW-LHG (D.N.J. filed April 21, 2016).

              Very truly yours,

              Mark C. Goldenberg

MCG/mjv
cc: All Counsel of Record (via electronic filing)