UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHARLENE EIKE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 3:12-cv-01141-SMY-DGW |
| | ) |
| ALLERGAN, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS PRASCO, LLC WITHOUT PREJUDICE

Plaintiffs and Defendant Prasco, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of Prasco, LLC as a defendant in the above-captioned action, without prejudice, each party to bear his, her, or its own attorneys' fees and costs.

Defendant Prasco, LLC hereby withdraws its Motion for Summary Judgment and Brief in Support Thereof [Dkt. No. 255] without prejudice as moot.

Dated:  July 6, 2016

/s/ *Richard S. Cornfeld*
Richard S. Cornfeld
LAW OFFICE OF RICHARD S. CORNFELD
1010 Market Street, Suite 1720
St. Louis, Missouri 63101
Telephone:  (314) 241-5799
Fax:  (314) 241-5788
rcornfeld@cornfeldlegal.com

and

John G. Simon
Kevin M. Carnie, Jr.
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO  63101
Telephone:  (314) 241-2929
Fax:  (314) 241-2029
jsimon@simonlawpc.com
kcarnie@simonlawpc.com

and

Brian Wolfman
BRIAN WOLFMAN
1735 20th Street, NW
Washington, D.C.  20009
Telephone:  (202) 888-1741
bswolfman@yahoo.com

and

Mark C. Goldenberg
Thomas P. Rosenfeld
Kevin P. Green
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Telephone:  (618) 656-5150
Fax:  (618) 656-6230
mark@ghalaw.com
tom@ghalaw.com
kevin@ghalaw.com

*Attorneys for Plaintiffs*

/s/ *Stephen G. Strauss*
Stephen G. Strauss, 6278807
Randy J. Soriano, 6279439
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102
Telephone:  (314) 259-2000
Fax:  (314) 259-2020
sgstrauss@bryancave.com
rjsoriano@bryancave.com

*Attorneys for Prasco, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Court with service upon all counsel of record via the Court's CM/ECF system on this 6th day of July, 2016.

                                                         */s/ Richard S. Cornfeld*