# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 31, 2016

Before

WILLIAM J. BAUER, *Circuit Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| No. 16-8015 | IN RE: <br>    ALLERGAN, INC., et al., <br>                  Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-01141-SMY-DGW <br> Southern District of Illinois <br> District Judge Staci M. Yandle ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on August 8, 2016, by Attorney Francis Citera.

2. **RESPONSE TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on August 22, 2016, by Attorney Richard S. Cornfeld.

3. **BRIEF OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AS AMICUS CURIAE IN SUPPORT OF PETITION**, filed on August 23, 2016, by Attorney Jeffrey S. Bucholtz.

No. 16-8015 Page 2

**IT IS ORDERED** that the petition for leave to appeal is **GRANTED**. Petitioners shall pay the required appellate fees to the clerk of the district court within ten days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J**(form ID: **177**)