# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE ONLY AS TO APPELLANT , PRASCO, LLC

October 24, 2016

| | |
|---|---|
| No. 16-3334 | CHARLENE EIKE, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>ALLERGAN, INC., et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:12-cv-01141-SMY-DGW<br>Southern District of Illinois<br>District Judge Staci M. Yandle ||

Herewith is the mandate of this court in this case, issued **ONLY** as to appellant , Prasco, LLC .

A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard.

RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to: Counsel of record


Please acknowledge receipt of these documents on the enclosed copy of this notice.

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**


_____          _____


form name: **c7_Mandate_Person**(form ID: **217**)