# EXHIBIT 1

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| CHARLENE EIKE, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 3:12-cv-01141-SMY-DGW |
| ALLERGAN, INC., et al., | ) | |
| Defendants | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____04/20/2017_____ against _____Plaintiffs_____ ,
<br>Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 6,299.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL $ | 6,299.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:    _____James P Muehlberger_____

Name of Attorney:  _____James P. Muehlberger_____

For: _____Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC_____          Date: _____05/19/2017_____
<br>*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
<br>*Clerk of Court*                     *Deputy Clerk*                     *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
        "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
        "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
        Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

        When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

        Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| CHARLENE EIKE, et al. <br> Plaintiffs, <br> v. <br> ALLERGAN, INC., et al., <br> Defendants | )<br>)<br>)<br>)<br>)    Case No.: 3:12-cv-01141-SMY-DGW |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/20/2017___ against ___Plaintiffs___ ,
<br>the Clerk is requested to tax the following as costs:     Date

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,953.32 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 4,953.32 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    [✔] Electronic service         [ ] First class mail, postage prepaid

    [ ] Other: _____

    s/ Attorney:    __James P Muehlberger__

        Name of Attorney: __James P. Muehlberger__

For: _____ Bausch & Lomb Incorporated _____    Date: __05/19/2017__
<br>                     *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
<br>     *Clerk of Court*                         *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| CHARLENE EIKE, et al.<br>Plaintiffs,<br>v.<br>ALLERGAN, INC., et al.,<br>Defendants | )<br>)<br>)<br>)<br>) |

Case No.: 3:12-cv-01141-SMY-DGW

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/20/2017___ against ___Plaintiffs___,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 10,751.62 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 10,751.62 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:    ___James P Muehlberger___

Name of Attorney:  ___James P. Muehlberger___

For: ___Pfizer, Inc.___                    Date: ___05/19/2017___
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____        _____        _____
Clerk of Court                    Deputy Clerk                    Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

| Deponent | Affiliation | Party Seeking Reimbursement | Costs Requested |
|---|---|---|---|
| Charlene Eike | Plaintiff | Allergan<br>Bausch & Lomb | Transcript: $452.79<br>Exhibits: $13.65 |
| Shirley Fisher | Plaintiff | Allergan<br>Bausch & Lomb | Transcript: $598.85<br>Exhibits: $30.60 |
| Jordan Pitler | Plaintiff | Allergan<br>Bausch & Lomb<br>Pfizer | Transcript: $329.00<br>Exhibits: $79.80 |
| Alan Raymond | Plaintiff | Allergan<br>Bausch & Lomb | Transcript: $637.00<br>Exhibits: $173.55 |
| Dr. Brian Kriegler | Plaintiffs' Expert | Allergan<br>Bausch & Lomb<br>Pfizer | Transcript: $1,091.50<br>Exhibits: $34.60 |
| Dr. Alan Robin | Plaintiffs' Expert | Allergan<br>Bausch & Lomb | Transcript: $2,756.00<br>Exhibits: $262.85 |
| Gary Charbonneau | Allergan<br>Corporate<br>Representative | Allergan | Transcript: $504.00 |
| Lon Spada | Allergan<br>Corporate<br>Representative | Allergan | Transcript: $819.00<br>Exhibits: $559.75 |
| Matthew Jonasse | Bausch & Lomb<br>Corporate<br>Representative | Bausch & Lomb | Transcript: $498.75<br>Exhibits: $37.80 |
| Daniel Arenson | Pfizer<br>Corporate<br>Representative | Allergan<br>Bausch & Lomb | Transcript: $302.50<br>Exhibits: $85.75 |
| Diane Rocco | Pfizer<br>Corporate<br>Representative | Allergan<br>Bausch & Lomb | Transcript: $477.50<br>Exhibits: $107.10 |
| Lisa Blackwell | Alcon<br>Corporate<br>Representative | Allergan<br>Bausch & Lomb | Transcript: $662.50<br>Exhibits: $91.35 |
| David Walker | Merck<br>Corporate<br>Representative | Allergan<br>Bausch & Lomb<br>Pfizer | Transcript: $930.75 |
| Scott Grossman | Merck<br>Corporate | Allergan<br>Bausch & Lomb | Transcript: $587.65 |

| | Representative | Pfizer | |
|---|---|---|---|
| Kirk Seemann | Prasco Corporate Representative | Allergan Bausch & Lomb Pfizer | Transcript: $219.00 |
| | | | |
| | | **TOTAL** | **$12,343.59** |
| | | | |
| | | Breakdown by Defendant: | |
| | | | |
| | | **Allergan** | **$6,299.50** |
| | | **Bausch & Lomb** | **$4,953.32** |
| | | **Pfizer** | **$1,090.77** |

*Where multiple defendants are listed in a single row, the costs for those depositions were shared by those defendants, due to co-representation.

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17187399 | 03/24/2014 | 1707-362863 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/07/2014 | REPOPO | 3:12-cv-01141-D |

**CASE CAPTION**

(ALLERGAN) Charlene Eike vs. Allergan, Inc.

**TERMS**

Immediate, sold FOB Merrill facility

James P. Muehlberger, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

```
ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
    Charlene Eike                129 Pages @      3.51/Page      452.79
        EXHIBITS                  91 Pages @       .15/Page       13.65
        ATTENDANCE                 2.50 Hours                     87.50
        Exhibit Scanning          90.00 Pages @     .15/Page      13.50
        Unedited ASCII (RT)      108.00 Pages @    1.00/Page     108.00
        TotalTranscript                                            n/c
        Production and Code Comp                                  40.00
        Process/Delivery NL                                      25.00


                                    TOTAL   DUE   >>>>          740.44


Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

St. Louis, MO
File No: 201200101
```

TAX ID NO.: 20-2665382                                    (816) 474-6550    Fax (816) 421-5547

*Please detach bottom portion and return with payment.*

James P. Muehlberger, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Invoice No.:  17187399
Date      :  03/24/2014
TOTAL DUE :     740.44

Job No.   :  1707-362863
Case No.  :  3:12-cv-01141-DRH-DGW
(ALLERGAN) Charlene Eike vs. Allerga

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148317 | 3/14/2014 | 83468 |

| Job Date | Case No. | |
|---|---|---|
| 2/24/2014 | | |

| Case Name | | |
|---|---|---|
| Charlene Eike, et al. v. Allergan, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

James P. Muehlberger, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shirley Mae Fisher | | | | |
| Rough Draft Transcript | 203.00 Pages | @ | 2.95 | 598.85 |
| Exhibits scanned in .pdf format and burned to CD | 186.00 | @ | 1.35 | 251.10 |
| Litigation Package CD | 306.00 Pages | @ | 0.10 | 30.60 |
| ASCII (.txt) | | | 45.00 | 45.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 0.00 | 0.00 |
| | | | 22.00 | 22.00 |

**TOTAL DUE  >>>**    **$947.55**

(V)

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     947.55

**Tax ID: 20-5543414**

*Please detach bottom portion and return with payment.*

James P. Muehlberger, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108

Job No.        :  83468        BU ID        : R-Main
Case No.       :
Case Name      :  Charlene Eike, et al. v. Allergan, Inc., et al.

Invoice No.    :  148317        Invoice Date    : 3/14/2014
**Total Due**      :  **$947.55**

**PAYMENT WITH CREDIT CARD**        AMEX    [  ]    VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Golkow, Inc.**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

MAR 3 2014

| | | |
|---|---|---|
| **Bill To:** James P Muehlberger<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd<br>Kansas City, MO 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | STL200261<br>02/25/2014<br>$ 605.05 |
| | **Case #:** | 312CV01141DRHDGW |

| | |
|---|---|
| **Case:**  Charlene Eike et al v. Allergan Inc et al<br>**Job #:**  152890  |  Job Date: 2/10/2014  |  Delivery:  Normal<br>**Billing Atty:** James P Muehlberger<br>**Location:**  Simon Law Firm PC<br>800 Market Street | Suite 1700 | St Louis, MO 63101 | **Case or Cause #**<br>**Firm Location** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jordan S Pitler | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Jordan S Pitler | Exhibit Electronic / Scanned | Per page | 228.00 | $0.35 | $79.80 |
| 3 | Jordan S Pitler | Transcript - copy/copies | Page | 188.00 | $1.75 | $329.00 |
| 4 | Jordan S Pitler | Transcript - Rough ASCII | Page | 151.00 | $1.25 | $188.75 |

| Notes: | | Invoice Total: | $605.05 |
|---|---|---|---|
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $605.05 |

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

| |
|---|
| Make check payable to:  **National Depo** |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box |
| Credit Card #                          Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |
| DAYTIME PHONE |

**Invoice #:  STL200261**
**Job #:   152890**
**Invoice Date: 02/25/2014**

**Balance : $ 605.05**

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Lori Connors McGroder, Esq.<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd.<br><br>Kansas City, MO, 64108-2613 | | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA1989546<br>3/23/2014<br>$1,226.55 |
|---|---|---|---|---|---|

| Case: | Eike, Et Al v. Allergan |
|---|---|
| Job #: | 1808726 \| Job Date: 2/27/2014 \| Delivery: Normal |
| Billing Atty: | Lori Connors McGroder, Esq. |
| Location: | The Simon Law Firm, P.C. |
| | 800 Market Street \| Suite 1700 \| St. Louis, MO 63101 |
| Sched Atty: | Robyn E. Bladow, Esq \| Kirkland & Ellis LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Alan Raymond | Certified Transcript | Page | 182.00 | $837.00 |
| | Exhibits | Per Page | 267.00 | $173.55 |
| | Rough Draft | Page | 182.00 | $273.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | | Invoice Total: | $1,226.55 |
|---|---|---|---|---|
| | | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $1,226.55 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42744

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CA1989546 |
|---|---|
| **Job #:** | 1808726 |
| **Invoice Date:** | 3/23/2014 |
| **Balance:** | $1,226.55 |

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163713 | 9/9/2014 | 92475 |

| Job Date | Case No. |
|---|---|
| 8/20/2014 | |

| Case Name |
|---|
| Charlene Eike, et al. v. Allergan, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

James P. Muehlberger, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Brian R. Kriegler, Ph.D. | | | | |
| Rough Draft Transcript | 370.00 Pages | @ | 2.95 | 1,091.50 |
| Color Exhibits - scan in .pdf format | | | 0.00 | 501.00 |
| Exhibits scanned in .pdf format and burned to CD | 3.00 Pages | @ | 1.00 | 3.00 |
| Litigation Package CD | 316.00 Pages | @ | 0.10 | 31.60 |
| ASCII (.txt) | | | 45.00 | 45.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 0.00 | 0.00 |
| | | | 22.00 | 22.00 |
| | | **TOTAL DUE  >>>** | | **$1,694.10** |

(V/T)
Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

**Tax ID: 20-5543414**

*Please detach bottom portion and return with payment.*

James P. Muehlberger, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108

| | | | | |
|---|---|---|---|---|
| Job No. | : 92475 | | BU ID | : R-Main |
| Case No. | : | | | |
| Case Name | : Charlene Eike, et al. v. Allergan, Inc., et al. | | | |
| | | | | |
| Invoice No. | : 163713 | | Invoice Date | : 9/9/2014 |
| **Total Due** | **: $1,694.10** | | | |

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**   AMEX  [  ]  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

SEP 0 3 2014

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| | |
|---|---|
| **Bill To:** Lori Conners McGroder<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd<br>Kansas City, MO 64108 | **Invoice #:**  STL217951<br>**Invoice Date:**  08/28/2014<br>**Balance Due:**  $ 3,186.35<br><br>**Case #:**  312CV01141DRHDGW |

| | |
|---|---|
| **Case:**  Charlene Eike et al v. Allergan Inc et al<br>**Job #:**   163729   |  Job Date: 8/6/2014   |  Delivery:   Expedited<br>**Billing Atty:** Lori Conners McGroder<br>**Location:**    West & Gaarder LLC<br>        409 Washington Ave | Ste 1010 | Baltimore, MD 21204 | **Case or Cause #**<br>**Firm Location** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Alan Robin MD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Alan Robin MD | Media | 1 | 3.00 | $50.00 | $150.00 |
| 3 | Alan Robin MD | Exhibit Electronic / Scanned | Per page | 751.00 | $0.35 | $262.85 |
| 4 | Alan Robin MD | Transcript - copy/copies | Page | 520.00 | $5.30 | $2,756.00 |
| 5 | Alan Robin MD | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |

| | | |
|---|---|---|
| **Notes:**  Deposition held in Baltimore MD<br>         3 day expedite<br>         Etran Only<br>         dw | **Invoice Total:** | $3,186.35 |
| | **Payment:** | |
| | **Credits:** | |
| Fed. Tax ID: 20-3132569          Term: Due Upon Receipt | **Balance Due:** | $3,186.35 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

| | |
|---|---|
| Make check payable to:  **National Depo**<br><br>☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box<br><br><br>_____     _____<br>Credit Card #                 Exp. Date<br>_____<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br>_____<br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br>_____<br>DAYTIME PHONE | **Invoice #:  STL217951**<br>**Job #:   163729**<br>**Invoice Date: 08/28/2014**<br><br>**Balance : $ 3,186.35**<br><br><br>Please remit payment to:<br>National Depo<br>P. O. Box 505247<br>St. Louis, MO 63150-5247 |

APR 0 7 2014

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Lori Conners McGroder
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

| | |
|---|---|
| **Invoice #:** | STL203214 |
| **Invoice Date:** | 03/31/2014 |
| **Balance Due:** | $ 821.75 |

**Case #:**   312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152424   \|   Job Date: 3/5/2014   \|   Delivery:   Normal |
| **Billing Atty:** Lori Conners McGroder | |
| **Location:** | Gibson Dunn & Crutcher LLP<br>3161 Michelson Dr \| Irvine, CA 92612 |

**Case or Cause #**
**Firm Location**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Charbonneau Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Gary Charbonneau Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Gary Charbonneau Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Gary Charbonneau Corp Rep | Transcript - Rough ASCII | Page | 143.00 | $1.75 | $250.25 |
| 5 | Gary Charbonneau Corp Rep | Transcript - copy/copies | Page | 168.00 | $3.00 | $504.00 |

**Notes:**  Deposition held in Irvine, CA.

| | |
|---|---|
| **Invoice Total:** | $821.75 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $821.75 |

Fed. Tax ID: 20-3132569         Term: Due Upon Receipt

TERMS:   Payable upon receipt.   Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to:  **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | **STL203214** |
| **Job #:** | **152424** |
| **Invoice Date:** | **03/31/2014** |

**Balance : $ 821.75**

Please remit payment to:
**National Depo**
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| | |
|---|---|
| Bill To: Lori Conners McGroder<br>Shook Hardy & Bacon LLP<br>2555 Grand Blvd<br>Kansas City, MO 64108 | Invoice #:   STL205177<br>Invoice Date:   04/22/2014<br>Balance Due:   $ 1,861.00 |

Case  # :     312CV01141DRHDGW

| | |
|---|---|
| **Case:**   Charlene Eike et al v. Allergan Inc et al<br>**Job #:**   152432  |  Job Date: 3/26/2014  |  Delivery:   Normal<br>**Billing Atty:** Lori Conners McGroder<br>**Location:**   Gibson Dunn & Crutcher LLP<br>3161 Michelson Dr | Irvine, CA 92612 | Case or Cause #<br>Firm Location |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lon Spada | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | Lon Spada | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Lon Spada | Exhibit Electronic / Scanned | Per page | 2239.00 | $0.25 | $559.75 |
| 4 | Lon Spada | Transcript – Rough ASCII | Page | 237.00 | $1.75 | $414.75 |
| 5 | Lon Spada | Media | 1 | 1.00 | $50.00 | $50.00 |
| 6 | Lon Spada | Transcript - copy/copies | Page | 273.00 | $3.00 | $819.00 |

| | | |
|---|---|---|
| **Notes:**   Deposition held in Irvine, CA.<br>Exhibits discounted due to quantity ordered. | **Invoice Total:**<br>**Payment:**<br>**Credits:** | $1,861.00 |
| Fed. Tax ID: 20-3132569          Term: Due Upon Receipt | **Balance Due:** | $1,861.00 |

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

| | |
|---|---|
| **Make check payable to:  National Depo**<br><br>☐ Visa ☐  MC ☐  Amex   ☐  Discover ☐  Lock Box<br><br><br>Credit Card # _____   Exp. Date _____<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br><br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br><br>DAYTIME PHONE | **Invoice #:  STL205177**<br>**Job #:   152432**<br>**Invoice Date: 04/22/2014**<br><br>**Balance : $ 1,861.00**<br><br><br>Please remit payment to:<br>National Depo<br>P. O. Box 505247<br>St. Louis, MO 63150-5247 |

Page 1 of 1

**Midwest Litigation Services**

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | James P Muehlberger | Invoice #: | STL203276 |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | Invoice Date: | 03/31/2014 |
| | 2555 Grand Blvd | Balance Due: | $ 819.05 |
| | Kansas City, MO 64108 | | |

Case  #:     312CV01141DRHDGW

Case:      Charlene Eike et al v. Allergan Inc et al
Job #:    152428   |  Job Date: 3/11/2014   |  Delivery:    Normal
Billing Atty: James P Muehlberger
Location:   Bausch & Lomb Incorporated
1400 N Goodman St | Rochester, NY 14609

Case or Cause #
Firm Location

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Matthew Jonasse | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Matthew Jonasse | Exhibit Electronic / Scanned | Per page | 108.00 | $0.35 | $37.80 |
| 3 | Matthew Jonasse | Transcript - Rough ASCII | Page | 150.00 | $1.50 | $225.00 |
| 4 | Matthew Jonasse | Media | 1 | 1.00 | $50.00 | $50.00 |
| 5 | Matthew Jonasse | Transcript – copy/copies | Page | 175.00 | $2.85 | $498.75 |

Notes:  Deposition held in Rochester, NY.

| | | |
|---|---|---|
| | Invoice Total: | $819.05 |
| | Payment: | |
| | Credits: | |
| Fed. Tax ID: 20-3132569     Term: Due Upon Receipt | Balance Due: | $819.05 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL203276
Job #:   152428
Invoice  Date: 03/31/2014

Balance : $ 819.05

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Midwest Litigation Services**

An Affiliate of National Depo

711 North 11th Street

St. Louis, MO 63101

Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | James P Muehlberger | Invoice #: | STL203148 |
|---|---|---|---|
| | Shook Hardy & Bacon LLP | Invoice Date: | 03/31/2014 |
| | 2555 Grand Blvd | Balance Due: | $ 405.75 |
| | Kansas City, MO 64108 | | |

Case #:     312CV01141DRHDGW

| | | Case or Cause # |
|---|---|---|
| Case: | Charlene Eike et al v. Allergan Inc et al | |
| Job #: | 153289   |   Job Date: 3/14/2014   |   Delivery:   Normal | Firm Location |
| Billing Atty: | James P Muehlberger | |
| Location: | Kirkland & Ellis LLP | |
| | 601 Lexington Ave | New York, NY 10022 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Arenson | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Daniel Arenson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Daniel Arenson | Exhibit Electronic / Scanned | Per page | 245.00 | $0.35 | $85.75 |
| 4 | Daniel Arenson | Transcript - copy/copies | Page | 121.00 | $2.50 | $302.50 |

| Notes: Deposition held in New York, NY | | Invoice Total: | $405.75 |
|---|---|---|---|
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $405.75 |

TERMS   Payable upon receipt.  Accounts unpaid after 60 days agree to pay all collection costs, including reasonable attorney's fees.

Contact us to correct payment errors  No adjustments or refunds will be made after 90 days

| Make check payable to:  **National Depo** | Invoice #:  STL203148 |
|---|---|
| ☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box | Job #:   153289 |
| | Invoice Date: 03/31/2014 |
| | Balance : $ 405.75 |

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:

National Depo

P. O. Box 505247

St. Louis, MO 63150-5247

Page 1 of 1

**Midwest Litigation Services**

An Affiliate of National Depo

711 North 11th Street

St. Louis, MO 63101

Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Lori Conners McGroder
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Invoice #:      STL203152
Invoice Date:   03/31/2014
Balance Due:    $ 838.10

Case  # :      312CV01141DRHDGW

| Case: | Charlene Eike et al v. Allergan Inc et al | Case or Cause # |
|---|---|---|
| Job #: | 152782   |  Job Date: 3/13/2014   |  Delivery:   Normal | Firm Location |
| Billing Atty: | Lori Conners McGroder | |
| Location: | Kirkland & Ellis LLP 601 Lexington Ave | New York, NY 10022 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Diane Rocco Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Diane Rocco Corp Rep | Exhibit Electronic / Scanned | Per page | 306.00 | $0.35 | $107.10 |
| 3 | Diane Rocco Corp Rep | Transcript - Rough ASCII | Page | 164.00 | $1.50 | $246.00 |
| 4 | Diane Rocco Corp Rep | Transcript – copy/copies | Page | 191.00 | $2.50 | $477.50 |

Notes:  Deposition held in New York, NY.

| | |
|---|---|
| Invoice Total: | $838.10 |
| Payment: | |
| Credits: | |
| Balance Due: | $838.10 |

Fed. Tax ID: 20-3132569                Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐  MC ☐  Amex  ☐  Discover ☐  Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL203152
Job #:   152782
Invoice Date: 03/31/2014

Balance : $ 838.10

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Midwest Litigation Services**

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: James P Muehlberger
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Invoice #:    STL205434
Invoice Date:  04/25/2014
Balance Due:   $ 761.35

Case #:    312CV01141DRHDGW

| Case: | Charlene Eike et al v. Allergan Inc et al | Case or Cause # |
|---|---|---|
| Job #: | 153052  |  Job Date: 3/27/2014  |  Delivery:    Normal | Firm Location |
| Billing Atty: | James P Muehlberger | |
| Location: | Cantey Hanger LLP 600 West 6th St  Ste 300 | Conference Room 2 | Fort Worth, TX 761 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lisa Blackwell Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Lisa Blackwell Corp Rep | Exhibit Electronic / Scanned | Per page | 261.00 | $0.35 | $91.35 |
| 3 | Lisa Blackwell Corp Rep | Transcript - copy/copies | Page | 265.00 | $2.50 | $662.50 |

Notes:  Deposition held Fort Worth, TX.

Invoice Total:   $761.35
Payment:
Credits:
Balance Due:   $761.35

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐ Lock Box

Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL205434
Job #:   153052
Invoice Date: 04/25/2014

Balance : $ 761.35

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

APR - 1 2014

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Douglas B Maddock
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Invoice #:        STL203297
Invoice Date:   03/31/2014
Balance Due:   $ 1,338.50

Case #:        312CV01141DRHDGW

| Case: | Charlene Eike et al v. Allergan Inc et al |
|---|---|
| Job #: | 152433  |  Job Date: 2/18/2014  |  Delivery:   Expedited |
| Billing Atty: | Douglas B Maddock |
| Location: | Reed Smith |
| | 2500 One Liberty Place | 1650 Market Street | Philadelphia, PA 1910 |

Case or Cause #
Firm Location

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Walker Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | David Walker Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 3 | David Walker Corp Rep | Transcript - Rough ASCII | Page | 223.00 | $1.75 | $390.25 |
| 4 | David Walker Corp Rep | Transcript - copy/copies | Page | 255.00 | $3.65 | $930.75 |

Notes:  Deposition held in Philadelphia, PA.

Invoice Total:  $1,338.50
Payment:
Credits:
Balance Due:  $1,338.50

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS.  Payable upon receipt  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐  ☐ MC ☐ Amex ☐ ☐ Discover ☐ ☐ Lock Box

_____
Credit Card #                             Exp. Date
_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____
DAYTIME PHONE

Invoice #:  STL203297
Job #:   152433
Invoice Date: 03/31/2014

Balance : $ 1,338.50

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Midwest Litigation Services**

An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

APR - 2014

| Bill To: | Douglas B Maddock | | Invoice #: | STL203266 |
|---|---|---|---|---|
| | Shook Hardy & Bacon LLP | | Invoice Date: | 03/31/2014 |
| | 2555 Grand Blvd | | Balance Due: | $ 1,146.15 |
| | Kansas City, MO 64108 | | | |
| | | | Case #: | 312CV01141DRHDGW |

| Case: | Charlene Eike et al v. Allergan Inc et al | Case or Cause # |
|---|---|---|
| Job #: | 152426   \| Job Date: 2/19/2014   \| Delivery:   Expedited | Firm Location |
| Billing Atty: | Douglas B Maddock | |
| Location: | Reed Smith | |
| | 2500 One Liberty Place \| 1650 Market Street \| Philadelphia, PA 1910 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Scott Grossman Corp Rep | Transcript - Rough ASCII | Page | 138.00 | $1.75 | $241.50 |
| 2 | Scott Grossman Corp Rep | Transcript - copy/copies | Page | 161.00 | $3.65 | $587.65 |
| 3 | Kirk Seemann Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 4 | Kirk Seemann Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 5 | Kirk Seemann Corp Rep | Transcript - Rough ASCII | Page | 46.00 | $1.75 | $80.50 |
| 6 | Kirk Seemann Corp Rep | Transcript - copy/copies | Page | 60.00 | $3.65 | $219.00 |

| Notes: | Deposition held in Philadelphia, PA. | | Invoice Total: | $1,146.15 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | Balance Due: | $1,146.15 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL203266
Job #:  152426
Invoice Date: 03/31/2014

Balance : $ 1,146.15

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# EXHIBIT B

| Deponent | Affiliation | Party Seeking Reimbursement | Costs Requested |
|---|---|---|---|
| Charlene Eike | Plaintiff | Pfizer | Transcript: $451.50 Exhibits: $13.65 |
| Shirley Fisher | Plaintiff | Pfizer | Transcript: $598.85 Exhibits: $30.60 |
| Alan Raymond | Plaintiff | Pfizer | Transcript: $819.00 Exhibits: $146.85 |
| Dr. Alan Robin | Plaintiffs' Expert | Pfizer | Transcript: $2,756.00 Exhibits: $262.85 |
| Gary Charbonneau | Allergan Corporate Representative | Pfizer | Transcript: $504.00 |
| Lon Spada | Allergan Corporate Representative | Pfizer | Transcript: $819.00 Exhibits: $559.75 |
| Matthew Jonasse | Bausch & Lomb Corporate Representative | Pfizer | Transcript: $498.75 Exhibits: $37.80 |
| Daniel Arenson | Pfizer Corporate Representative | Pfizer | Transcript: $302.50 Exhibits: $85.75 |
| Diane Rocco | Pfizer Corporate Representative | Pfizer | Transcript: $477.50 Exhibits: $122.40 |
| Lisa Blackwell | Alcon Corporate Representative | Pfizer | Transcript: $662.50 Exhibits: $91.35 |
| Brad Woolridge | Alcon Corporate Representative | Pfizer | Transcript: $220.00 Exhibits: $101.15 |
| Gregory Seitz | Sandoz Corporate Representative | Pfizer | Transcript: $87.50 Exhibits: $11.60 |
| | | **TOTAL** | **$9,660.85** |

13647-140

**MERRILL CORPORATION**

**LegaLink, Inc.**
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17187403 | 03/24/2014 | 1707-362863 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/07/2014 | REPOPO | 3:12-cv-01141-D |

| CASE CAPTION |
|---|
| (ALLERGAN) Charlene Eike vs. Allergan, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Austin Norris**
**Kirkland & Ellis**
333 South Hope Street
Los Angeles, CA 90071

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:

| Charlene Eike | | | |
|---|---|---|---|
| | 129 Pages @ | 3.50/Page | 451.50 |
| EXHIBITS | 91 Pages @ | .15/Page | 13.65 |
| Exhibit Scanning | 90.00 Pages @ | .15/Page | 13.50 |
| Unedited ASCII (RT) | 108.00 Pages @ | 1.00/Page | 108.00 |
| TotalTranscript | | | n/c |
| Production and Code Comp | | | 20.00 |
| Process/Delivery | | | 15.00 |

|  | TOTAL DUE >>>> | 621.65 |
|---|---|---|

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central Standard Time).

**TAX ID NO. : 20-2665382**                                    (213) 680-8400

*Please detach bottom portion and return with payment.*

Austin Norris
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA 90071

Invoice No.:  17187403
Date       :  03/24/2014
TOTAL DUE  :      621.65

Job No.   :  1707-362863
Case No.  :  3:12-cv-01141-DRH-DGW
(ALLERGAN) Charlene Eike vs. Allerga

Remit To:   **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148315 | 3/14/2014 | 83468 |
| **Job Date** | **Case No.** | |
| 2/24/2014 | | |
| **Case Name** | | |
| Charlene Eike, et al. v. Allergan, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Austin C. Norris, Esquire
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Shirley Mae Fisher | 203.00 | Pages | @ | 2.95 | 598.85 |
| Rough Draft Transcript | 186.00 | | @ | 1.35 | 251.10 |
| Exhibits scanned in .pdf format and burned to CD | 306.00 | Pages | @ | 0.10 | 30.60 |
| Litigation Package CD | | | | 45.00 | 45.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| Shipping and Handling | | | | 22.00 | 22.00 |
| | | **TOTAL DUE >>>** | | | **$947.55** |

(V)

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Austin C. Norris, Esquire
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| Invoice No. | : | 148315 |
|---|---|---|
| Invoice Date | : | 3/14/2014 |
| **Total Due** | : | **$947.55** |

•

Remit To: **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

| Job No. | : | 83468 |
|---|---|---|
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Charlene Eike, et al. v. Allergan, Inc., et al. |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| **Bill To:** | Robyn E. Bladow, Esq<br>Kirkland & Ellis LLP<br>333 South Hope Street<br><br>Los Angeles, CA, 90071 | **Invoice #:** | CA1989516 |
| --- | --- | --- | --- |
| | | **Invoice Date:** | 3/23/2014 |
| | | **Balance Due:** | $1,695.35 |

| | |
| --- | --- |
| **Case:** | Elke, Et Al v. Allergan |
| **Job #:** | 1808726 \| Job Date: 2/27/2014 \| Delivery: Normal |
| **Billing Atty:** | Robyn E. Bladow, Esq |
| **Location:** | The Simon Law Firm, P.C. |
| | 800 Market Street \| Suite 1700 \| St. Louis, MO 63101 |
| **Sched Atty:** | Robyn E. Bladow, Esq \| Kirkland & Ellis LLP |

| Witness | Description | Units | Quantity | Amount |
| --- | --- | --- | --- | --- |
| Alan Raymond | Original with 1 Certified Transcript | Page | 182.00 | $819.00 |
| | Exhibits | Per Page | 267.00 | $146.85 |
| | Realtime Services | Page | 182.00 | $318.50 |
| | Rough Draft | Page | 182.00 | $273.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| | |
| --- | --- |
| **Invoice Total:** | $1,695.35 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,695.35 |

**Notes:**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CA1989516 |
| --- | --- |
| Job #: | 1808726 |
| Invoice Date: | 3/23/2014 |
| Balance: | $1,695.35 |

42715

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

**Bill To:** Shaun Paisley
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL217380 |
| Invoice Date: | 08/28/2014 |
| Balance Due: | $ 3,186.35 |

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 163729 | Job Date: 8/6/2014 | Delivery: Expedited
**Billing Atty:** Shaun Paisley
**Location:** West & Gaarder LLC
409 Washington Ave | Ste 1010 | Baltimore, MD 21204

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Alan Robin MD | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Alan Robin MD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Alan Robin MD | Transcript - copy/copies | Page | 520.00 | $5.30 | $2,756.00 |
| 4 | Alan Robin MD | Media | 1 | 3.00 | $50.00 | $150.00 |
| 5 | Alan Robin MD | Exhibit Electronic / Scanned | Per page | 751.00 | $0.35 | $262.85 |

**Notes:** Deposition held in Baltimore MD
3 day expedite
dw

| | |
|---|---|
| Invoice Total: | $3,186.35 |
| Payment: | |
| Credits: | |
| Balance Due: | $3,186.35 |

Fed. Tax ID: 20-3132569          **Term: Due Upon Receipt**

TERMS:   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____     _____
Credit Card #                         Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL217380**
**Job #:  163729**
**Invoice Date: 08/28/2014**

**Balance : $ 3,186.35**

Please remit payment to:
**National Depo**
**P. O. Box 505247**
**St. Louis, MO 63150-5247**

Page 1 of 1

13647-140

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Austin C Norris
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL203220 |
| Invoice Date: | 03/31/2014 |
| Balance Due: | $ 821.75 |

Case #: 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152424  |  Job Date: 3/5/2014  |  Delivery:  Normal
**Billing Atty:** Austin C Norris
**Location:** Gibson Dunn & Crutcher LLP
3161 Michelson Dr | Irvine, CA 92612

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Charbonneau Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Gary Charbonneau Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Gary Charbonneau Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Gary Charbonneau Corp Rep | Transcript - Rough ASCII | Page | 143.00 | $1.75 | $250.25 |
| 5 | Gary Charbonneau Corp Rep | Transcript - copy/copies | Page | 168.00 | $3.00 | $504.00 |

**Notes:** Deposition held in Irvine, CA.

| | |
|---|---|
| Invoice Total: | $821.75 |
| Payment: | |
| Credits: | |
| Balance Due: | $821.75 |

Fed. Tax ID: 20-3132569                   Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL203220**
**Job #:  152424**
**Invoice Date: 03/31/2014**

Balance : $ 821.75

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Robyn Bladow
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL205180 |
| Invoice Date: | 04/22/2014 |
| Balance Due: | $ 1,811.00 |

Case #: 312CV01141DRHDGW

Case: Charlene Eike et al v. Allergan Inc et al
Job #: 152432  |  Job Date: 3/26/2014  |  Delivery:   Normal
Billing Atty: Robyn Bladow
Location:  Gibson Dunn & Crutcher LLP
3161 Michelson Dr | Irvine, CA 92612

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Lon Spada | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Lon Spada | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Lon Spada | Exhibit Electronic / Scanned | Per page | 2239.00 | $0.25 | $559.75 |
| 4 | Lon Spada | Transcript - Rough ASCII | Page | 237.00 | $1.75 | $414.75 |
| 5 | Lon Spada | Transcript - copy/copies | Page | 273.00 | $3.00 | $819.00 |

| Notes: Deposition held in Irvine, CA. | | |
|---|---|---|
| Exhibits discounted due to quantity ordered. | Invoice Total: | $1,811.00 |
| | Payment: | |
| | Credits: | |
| Fed. Tax ID: 20-3132569     Term: Due Upon Receipt | Balance Due: | $1,811.00 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL205180
Job #: 152432
Invoice Date: 04/22/2014

Balance : $ 1,811.00

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

12047-140

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

**Bill To:** Austin C Norris
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| **Invoice #:** | STL203279 |
| **Invoice Date:** | 03/31/2014 |
| **Balance Due:** | $ 829.05 |

**Case #:** 312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152428     Job Date: 3/11/2014    Delivery:   Normal |
| **Billing Atty:** | **Austin C Norris** |
| **Location:** | Bausch & Lomb Incorporated<br>1400 N Goodman St \| Rochester, NY 14609 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Matthew Jonasse | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Matthew Jonasse | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Matthew Jonasse | Exhibit Electronic / Scanned | Per page | 108.00 | $0.35 | $37.80 |
| 4 | Matthew Jonasse | Media | 1 | 1.00 | $50.00 | $50.00 |
| 5 | Matthew Jonasse | Transcript - Rough ASCII | Page | 150.00 | $1.50 | $225.00 |
| 6 | Matthew Jonasse | Transcript - copy/copies | Page | 175.00 | $2.85 | $498.75 |

**Notes:** Deposition held in Rochester, NY.

| | |
|---|---|
| **Invoice Total:** | $829.05 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $829.05 |

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐   MC ☐ Amex   ☐   Discover ☐   Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL203279**
**Job #: 152428**
**Invoice Date: 03/31/2014**

**Balance : $ 829.05**

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

13047-140

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Robyn Bladow
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL203145 |
| Invoice Date: | 03/31/2014 |
| Balance Due: | $ 610.25 |

**Case #:** 312CV01141DRHDGW

Case:       Charlene Eike et al v. Allergan Inc et al
Job #:      153289   |  Job Date: 3/14/2014   |   Delivery:    Normal
Billing Atty: Robyn Bladow
Location:   Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Arenson | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Daniel Arenson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Daniel Arenson | Exhibit Electronic / Scanned | Per page | 245.00 | $0.35 | $85.75 |
| 4 | Daniel Arenson | Transcript - Rough ASCII | Page | 103.00 | $1.50 | $154.50 |
| 5 | Daniel Arenson | Media | 1 | 1.00 | $50.00 | $50.00 |
| 6 | Daniel Arenson | Transcript - copy/copies | Page | 121.00 | $2.50 | $302.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Notes:  Deposition held in New York, NY | | | | Invoice Total:<br>Payment:<br>Credits: | $610.25 |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | | Balance Due: | $610.25 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 45 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL203145**
**Job #:  153289**
**Invoice Date: 03/31/2014**

**Balance : $ 610.25**

Please remit payment to:
**National Depo**
**P. O. Box 505247**
**St. Louis, MO 63150-5247**

Page 1 of 1

13647-140

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Shaun Paisley
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL203150 |
| Invoice Date: | 03/31/2014 |
| Balance Due: | $ 903.40 |

Case # :     312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:**   152782   |   Job Date: 3/13/2014   |   Delivery:   Normal
**Billing Atty: Shaun Paisley**
**Location:**   Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Diane Rocco Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Diane Rocco Corp Rep | Exhibit - B/W | Per page | 306.00 | $0.40 | $122.40 |
| 3 | Diane Rocco Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Diane Rocco Corp Rep | Transcript - Rough ASCII | Page | 164.00 | $1.50 | $246.00 |
| 5 | Diane Rocco Corp Rep | Transcript - copy/copies | Page | 191.00 | $2.50 | $477.50 |

**Notes:** Deposition held in New York, NY.

| | |
|---|---|
| Invoice Total: | $903.40 |
| Payment: | |
| Credits: | |
| Balance Due: | $903.40 |

Fed. Tax ID: 20-3132569                    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:   **National Depo**

☐ Visa ☐  MC ☐ Amex ☐  Discover ☐   Lock Box

Credit Card #                                      Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL203150
Job #:  152782
Invoice Date: 03/31/2014

Balance : $ 903.40

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

13647-140

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Austin C Norris
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL205433 |
| Invoice Date: | 04/25/2014 |
| Balance Due: | $ 1,142.35 |

Case # :      312CV01141DRHDGW

Case:   Charlene Eike et al v. Allergan Inc et al
Job #:   153052   |   Job Date: 3/27/2014   |   Delivery:   Normal
Billing Atty: Austin C Norris
Location:   Cantey Hanger LLP
600 West 6th St Ste 300 | Conference Room 2 | Fort Worth, TX 761

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lisa Blackwell Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Lisa Blackwell Corp Rep | Exhibit Electronic / Scanned | Per page | 261.00 | $0.35 | $91.35 |
| 3 | Lisa Blackwell Corp Rep | Transcript - Rough ASCII | Page | 212.00 | $1.75 | $371.00 |
| 4 | Lisa Blackwell Corp Rep | Transcript - copy/copies | Page | 265.00 | $2.50 | $662.50 |
| 5 | Lisa Blackwell Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |

Notes:   Deposition held Fort Worth, TX.

| | |
|---|---|
| Invoice Total: | $1,142.35 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,142.35 |

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:   National Depo

☐ Visa ☐   MC ☐   Amex ☐   Discover ☐   Lock Box

Credit Card #            Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL205433
Job #: 153052
Invoice Date: 04/25/2014

Balance : $ 1,142.35

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

13647-140

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Austin C Norris
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL205320 |
| Invoice Date: | 04/25/2014 |
| Balance Due: | $ 454.15 |

Case #:   312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 153053   \|   Job Date: 3/28/2014   \|   Delivery:   Normal |
| **Billing Atty: Austin C Norris** | |
| **Location:** | Merit Texas |
| | 307 W 7th Street \| Ste 1350 \| Fort Worth, TX 76102 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Brad Woolridge Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Brad Woolridge Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Brad Woolridge Corp Rep | Exhibit Electronic / Scanned | Per page | 289.00 | $0.35 | $101.15 |
| 4 | Brad Woolridge Corp Rep | Transcript - copy/copies | Page | 88.00 | $2.50 | $220.00 |
| 5 | Brad Woolridge Corp Rep | Transcript - Rough ASCII | Page | 66.00 | $1.75 | $115.50 |

| | | | |
|---|---|---|---|
| **Notes:** Deposition held in Fort Worth, TX. | | **Invoice Total:** | $454.15 |
| | | **Payment:** | |
| | | **Credits:** | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | **Balance Due:** | $454.15 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐  MC ☐ Amex   ☐  Discover ☐   Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL205320
Job #:  153053
Invoice Date: 04/25/2014

Balance : $ 454.15

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

18047-140

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

**Bill To:** Austin C Norris
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | STL203235 |
| Invoice Date: | 03/31/2014 |
| Balance Due: | $ 156.60 |

Case # : 312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152431 \| Job Date: 3/12/2014 \| Delivery: Normal |
| **Billing Atty:** | **Austin C Norris** |
| **Location:** | Reed Smith<br>136 Main St \| Princeton, NJ 08540 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Gregory Seitz Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Gregory Seitz Corp Rep | Exhibit - B/W | Per page | 29.00 | $0.40 | $11.60 |
| 3 | Gregory Seitz Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Gregory Seitz Corp Rep | Transcript - copy/copies | Page | 35.00 | $2.50 | $87.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Notes:** Deposition held in Princeton, NJ. | | | | **Invoice Total:** | $156.60 |
| | | | | **Payment:** | |
| | | | | **Credits:** | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | | **Balance Due:** | $156.60 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____
Credit Card #                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL203235**
**Job #: 152431**
**Invoice Date: 03/31/2014**

Balance : $ 156.60

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1