# EXHIBIT 2

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of ILLINOIS

CHARLENE EIKE, et al.
    Plaintiffs,  )
    )
    )
v.     )   Case No.: 3:12-cv-01141-SMY-DGW
    )
ALLERGAN, INC., et al.  )
    Defendants.  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on 4/20/2017 against PLAINTIFFS,
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $10,893.40 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 10,893.40** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: Stephen G. Strauss

Name of Attorney: Stephen G. Strauss

For: Merck & Co., Inc.      Date: May 19, 2017
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court      Deputy Clerk      Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

| Deponent | Affiliation | Party Seeking Reimbursement | Costs Requested |
|---|---|---|---|
| Charlene Eike | Plaintiff | Merck & Co., Inc. | Transcript: $451.50<br>Exhibits: $13.50 |
| Shirley Fisher | Plaintiff | Merck & Co., Inc. | Transcript: $781.55<br>Exhibits: $30.60 |
| Jordan Pitler | Plaintiff | Merck & Co., Inc. | Transcript: $329.00<br>Exhibits: $79.80 |
| Alan Raymond | Plaintiff | Merck & Co., Inc. | Transcript: $637.00<br>Exhibits: $173.55 |
| Dr. Alan Robin | Plaintiffs' Expert | Merck & Co., Inc. | Transcript: $2,756.00<br>Exhibits: $262.85 |
| Gary Charbonneau | Allergan Corporate Representative | Merck & Co., Inc. | Transcript: $604.00 |
| Lon Spada | Allergan Corporate Representative | Merck & Co., Inc. | Transcript: $819.00<br>Exhibits: $559.75 |
| Matthew Jonasse | Bausch & Lomb Corporate Representative | Merck & Co., Inc. | Transcript: $498.75<br>Exhibits: $37.80 |
| Daniel Arenson | Pfizer Corporate Representative | Merck & Co., Inc. | Transcript: $302.50<br>Exhibits: $88.75 |
| Diane Rocco | Pfizer Corporate Representative | Merck & Co., Inc. | Transcript: $477.50<br>Exhibits: $107.10 |
| David Walker | Merck Corporate Representative | Merck & Co., Inc. | Transcript: $930.75 |
| Scott Grossman | Merck Corporate Representative | Merck & Co., Inc. | Transcript: $587.65 |
| Kirk Seemann | Prasco Corporate Representative | Merck & Co., Inc. | Transcript: $219.00 |

| Deponent | Affiliation | Party Seeking Reimbursement | Costs Requested |
|---|---|---|---|
| Scheduling Conference Hearing 4/15/13 | Court Conference | Merck & Co., Inc. | Transcript: $145.50 |
|  |  | **TOTAL** | **$10,893.40** |

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17187402 | 03/24/2014 | 1707-362863 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/07/2014 | REPOPO | 3:12-cv-01141-D |

| CASE CAPTION |
|---|
| (ALLERGAN) Charlene Eike vs. Allergan, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Randy J. Soriano
Bryan Cave
One Metropolitan Square
211 North Broadway Suite 3600
St. Louis, MO 63102

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Charlene Eike                   129  Pages @      3.50/Page       451.50
         Exhibit Scanning            90.00 Pages @     .15/Page        13.50
         Unedited ASCII (RT)        108.00 Pages @    1.00/Page       108.00
         TotalTranscript                                                 n/c
         Production and Code Comp                                       20.00
         Process/Delivery NL                                            25.00

                                      TOTAL   DUE    >>>>              618.00

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).
```

TAX ID NO.: 20-2665382                                              (314) 259-2000    Fax (314) 259-2020

*Please detach bottom portion and return with payment.*

Randy J. Soriano
Bryan Cave
One Metropolitan Square
211 North Broadway Suite 3600
St. Louis, MO 63102

Invoice No.: 17187402
Date       : 03/24/2014
**TOTAL DUE** :     618.00

Job No.   : 1707-362863
Case No.  : 3:12-cv-01141-DRH-DGW
(ALLERGAN) Charlene Eike vs. Allerga

Remit To: LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148321 | 3/14/2014 | 83468 |
| **Job Date** | **Case No.** | |
| 2/24/2014 | | |
| **Case Name** | | |
| Charlene Eike, et al. v. Allergan, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Randy J. Soriano, Esquire
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Shirley Mae Fisher | 203.00 | @ | 3.85 | 781.55 |
| Appearance Fee | | | 95.00 | 95.00 |
| Rough Draft Transcript | | | 0.00 | 251.10 |
| Litigation Package CD | | | 45.00 | 45.00 |
| Exhibits scanned in .pdf format and burned to CD | 306.00 Pages | @ | 0.10 | 30.60 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 29.67 | 29.67 |
| | **TOTAL DUE >>>** | | | **$1,232.92** |

(V)
Location: St. Louis, MO

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Randy J. Soriano, Esquire
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102

| | | |
|---|---|---|
| Invoice No. | : | 148321 |
| Invoice Date | : | 3/14/2014 |
| **Total Due** | : | **$1,232.92** |

Remit To:  Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

| | | |
|---|---|---|
| Job No. | : | 83468 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Charlene Eike, et al. v. Allergan, Inc., et al. |

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Randy J Soriano
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL200264
**Invoice Date:** 02/25/2014
**Balance Due:** $ 615.05

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152890  |  **Job Date:** 2/10/2014  |  **Delivery:** Normal
**Billing Atty:** Randy J Soriano
**Location:** Simon Law Firm PC
800 Market Street | Suite 1700 | St Louis, MO 63101

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jordan S Pitler | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Jordan S Pitler | Exhibit Electronic / Scanned | Per page | 228.00 | $0.35 | $79.80 |
| 3 | Jordan S Pitler | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 4 | Jordan S Pitler | Transcript - Rough ASCII | Page | 151.00 | $1.25 | $188.75 |
| 5 | Jordan S Pitler | Transcript - copy/copies | Page | 188.00 | $1.75 | $329.00 |

**Notes:**

**Invoice Total:** $615.05
**Payment:**
**Credits:**
**Balance Due:** $615.05

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL200264
**Job #:** 152890
**Invoice Date:** 02/25/2014

**Balance :** $ 615.05

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Randy J. Soriano Esq<br>Bryan Cave LLP<br>1 Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO, 63102-2750 | Invoice #: | CA1989547 |
|---|---|---|---|
| | | Invoice Date: | 3/23/2014 |
| | | Balance Due: | $1,216.55 |

| Case: | Eike, Et Al v. Allergan |
|---|---|
| Job #: | 1808726 | Job Date: 2/27/2014 | Delivery: Normal |
| Billing Atty: | Randy J. Soriano Esq |
| Location: | The Simon Law Firm, P.C.<br>800 Market Street | Suite 1700 | St. Louis, MO 63101 |
| Sched Atty: | Robyn E. Bladow, Esq | Kirkland & Ellis LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Alan Raymond | Certified Transcript | Page | 182.00 | $637.00 |
| | Exhibits | Per Page | 267.00 | $173.55 |
| | Rough Draft | Page | 182.00 | $273.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $25.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total | $1,216.55 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $1,216.55 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | Please remit payment to: | Invoice #: | CA1989547 |
|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com** | **Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 1808726 |
| Veritext accepts all major credit cards | | Invoice Date: | 3/23/2014 |
| (American Express, Mastercard, Visa, Discover) | | Balance: | $1,216.55 |

50847

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Randy J Soriano
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL217950
**Invoice Date:** 08/28/2014
**Balance Due:** $ 3,186.35

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Elke et al v. Allergan Inc et al
**Job #:** 163729  |  **Job Date:** 8/6/2014  |  **Delivery:** Expedited
**Billing Atty:** Randy J Soriano
**Location:** West & Gaarder LLC
409 Washington Ave | Ste 1010 | Baltimore, MD 21204

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Alan Robin MD | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Alan Robin MD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Alan Robin MD | Media | 1 | 3.00 | $50.00 | $150.00 |
| 4 | Alan Robin MD | Transcript - copy/copies | Page | 520.00 | $5.30 | $2,756.00 |
| 5 | Alan Robin MD | Exhibit Electronic / Scanned | Per page | 751.00 | $0.35 | $262.85 |

**Notes:** Deposition held in Baltimore MD
3 day expedite
dw

**Invoice Total:** $3,186.35
**Payment:**
**Credits:**
**Balance Due:** $3,186.35

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL217950
**Job #:** 163729
**Invoice Date:** 08/28/2014
**Balance:** $ 3,186.35

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Timothy J Hasken
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203222
**Invoice Date:** 03/31/2014
**Balance Due:** $ 821.75

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152424  |  **Job Date:** 3/5/2014  |  **Delivery:** Normal
**Billing Atty:** Timothy J Hasken
**Location:** Gibson Dunn & Crutcher LLP
3161 Michelson Dr | Irvine, CA 92612

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Charbonneau Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Gary Charbonneau Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Gary Charbonneau Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Gary Charbonneau Corp Rep | Transcript - Rough ASCII | Page | 143.00 | $1.75 | $250.25 |
| 5 | Gary Charbonneau Corp Rep | Transcript - copy/copies | Page | 168.00 | $3.00 | $504.00 |

**Notes:** Deposition held in Irvine, CA.

**Invoice Total:** $821.75
**Payment:**
**Credits:**
**Balance Due:** $821.75

**Fed. Tax ID:** 20-3132569   **Term:** Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____   Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203222
**Job #:** 152424
**Invoice Date:** 03/31/2014
**Balance:** $ 821.75

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Timothy J Hasken<br>Bryan Cave LLP<br>211 North Broadway<br>Suite 3600<br>St Louis, MO 63102 | Invoice #: | STL205178 |
|---|---|---|---|
| | | Invoice Date: | 04/22/2014 |
| | | Balance Due: | $ 1,861.00 |
| | | Case #: | 312CV01141DRHDGW |

Case: Charlene Eike et al v. Allergan Inc et al
Job #: 152432 | Job Date: 3/26/2014 | Delivery: Normal
Billing Atty: Timothy J Hasken
Location: Gibson Dunn & Crutcher LLP
3161 Michelson Dr | Irvine, CA 92612

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lon Spada | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | Lon Spada | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Lon Spada | Exhibit Electronic / Scanned | Per page | 2239.00 | $0.25 | $559.75 |
| 4 | Lon Spada | Transcript - Rough ASCII | Page | 237.00 | $1.75 | $414.75 |
| 5 | Lon Spada | Media | 1 | 1.00 | $50.00 | $50.00 |
| 6 | Lon Spada | Transcript - copy/copies | Page | 273.00 | $3.00 | $819.00 |

Notes: Deposition held in Irvine, CA.
Exhibits discounted due to quantity ordered.

| | | |
|---|---|---|
| Invoice Total: | | $1,861.00 |
| Payment: | | |
| Credits: | | |
| Balance Due: | | $1,861.00 |

Fed. Tax ID: 20-3132569   Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #_____ Exp. Date_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Invoice #: STL205178
Job #: 152432
Invoice Date: 04/22/2014
Balance : $ 1,861.00

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Randy J Soriano
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203283
**Invoice Date:** 03/31/2014
**Balance Due:** $ 879.05

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152428  |  **Job Date:** 3/11/2014  |  **Delivery:** Normal
**Billing Atty:** Randy J Soriano
**Location:** Bausch & Lomb Incorporated
1400 N Goodman St | Rochester, NY 14609

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Matthew Jonasse | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Matthew Jonasse | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Matthew Jonasse | Exhibit Electronic / Scanned | Per page | 108.00 | $0.35 | $37.80 |
| 4 | Matthew Jonasse | Media | 1 | 2.00 | $50.00 | $100.00 |
| 5 | Matthew Jonasse | Transcript - Rough ASCII | Page | 150.00 | $1.50 | $225.00 |
| 6 | Matthew Jonasse | Transcript - copy/copies | Page | 175.00 | $2.85 | $498.75 |

**Notes:** Deposition held in Rochester, NY.

| | |
|---|---|
| Invoice Total: | $879.05 |
| Payment: | |
| Credits: | |
| Balance Due: | $879.05 |

Fed. Tax ID: 20-3132569       Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203283
**Job #:** 152428
**Invoice Date:** 03/31/2014
**Balance :** $ 879.05

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Timothy J Hasken
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203147
**Invoice Date:** 03/31/2014
**Balance Due:** $ 560.25

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 153289  |  **Job Date:** 3/14/2014  |  **Delivery:** Normal
**Billing Atty:** Timothy J Hasken
**Location:** Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Arenson | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Daniel Arenson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Daniel Arenson | Exhibit Electronic / Scanned | Per page | 245.00 | $0.35 | $85.75 |
| 4 | Daniel Arenson | Transcript - Rough ASCII | Page | 103.00 | $1.50 | $154.50 |
| 5 | Daniel Arenson | Transcript - copy/copies | Page | 121.00 | $2.50 | $302.50 |

**Notes:** Deposition held in New York, NY

**Invoice Total:** $560.25
**Payment:**
**Credits:**
**Balance Due:** $560.25

Fed. Tax ID: 20-3132569       Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                           Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203147
**Job #:** 153289
**Invoice Date:** 03/31/2014
**Balance:** $ 560.25

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191   Fax: 314-644-1334

**Bill To:** Timothy J Hasken
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203151
**Invoice Date:** 03/31/2014
**Balance Due:** $ 838.10

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Elke et al v. Allergan Inc et al
**Job #:** 152782 | **Job Date:** 3/13/2014 | **Delivery:** Normal
**Billing Atty:** Timothy J Hasken
**Location:** Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Diane Rocco Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Diane Rocco Corp Rep | Exhibit Electronic / Scanned | Per page | 306.00 | $0.35 | $107.10 |
| 3 | Diane Rocco Corp Rep | Transcript - Rough ASCII | Page | 164.00 | $1.50 | $246.00 |
| 4 | Diane Rocco Corp Rep | Transcript - copy/copies | Page | 191.00 | $2.50 | $477.50 |

**Notes:** Deposition held in New York, NY.

| | |
|---|---|
| Invoice Total: | $838.10 |
| Payment: | |
| Credits: | |
| Balance Due: | $838.10 |

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203151
**Job #:** 152782
**Invoice Date:** 03/31/2014
**Balance :** $ 838.10

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Stephen G Strauss
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203292
**Invoice Date:** 03/31/2014
**Balance Due:** $ 1,388.50

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152433 | **Job Date:** 2/18/2014 | **Delivery:** Expedited
**Billing Atty:** Stephen G Strauss
**Location:** Reed Smith
2500 One Liberty Place | 1650 Market Street | Philadelphia, PA 1910

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Walker Corp Rep | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | David Walker Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | David Walker Corp Rep | Transcript - Rough ASCII | Page | 223.00 | $1.75 | $390.25 |
| 4 | David Walker Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 5 | David Walker Corp Rep | Transcript - copy/copies | Page | 255.00 | $3.65 | $930.75 |

**Notes:** Deposition held in Philadelphia, PA.

**Invoice Total:** $1,388.50
**Payment:**
**Credits:**
**Balance Due:** $1,388.50

Fed. Tax ID: 20-3132569         Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203292
**Job #:** 152433
**Invoice Date:** 03/31/2014
**Balance:** $ 1,388.50

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Stephen G Strauss
Bryan Cave LLP
211 North Broadway
Suite 3600
St Louis, MO 63102

**Invoice #:** STL203261
**Invoice Date:** 03/31/2014
**Balance Due:** $ 1,246.15

**Case #:** 312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152426 | **Job Date:** 2/19/2014 | **Delivery:** Expedited
**Billing Atty:** Stephen G Strauss
**Location:** Reed Smith
2500 One Liberty Place | 1650 Market Street | Philadelphia, PA 1910

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Scott Grossman Corp Rep | Transcript - Rough ASCII | Page | 138.00 | $1.75 | $241.50 |
| 2 | Scott Grossman Corp Rep | Transcript - copy/copies | Page | 161.00 | $3.65 | $587.65 |
| 3 | Kirk Seemann Corp Rep | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 4 | Kirk Seemann Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 5 | Kirk Seemann Corp Rep | Transcript - Rough ASCII | Page | 46.00 | $1.75 | $80.50 |
| 6 | Kirk Seemann Corp Rep | Transcript - copy/copies | Page | 60.00 | $3.65 | $219.00 |
| 7 | Kirk Seemann Corp Rep | Media | 1 | 2.00 | $50.00 | $100.00 |

**Notes:** Deposition held in Philadelphia, PA.

**Invoice Total:** $1,246.15
**Payment:**
**Credits:**
**Balance Due:** $1,246.15

Fed. Tax ID: 20-3132569        Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

**Invoice #:** STL203261
**Job #:** 152426
**Invoice Date:** 03/31/2014
**Balance :** $ 1,246.15

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02000866

**MAKE CHECKS PAYABLE TO:**

Christopher J. Schmidt
Bryan Cave
211 North Broadway
Suite 3600
St. Louis, MO 63102

Phone: (314) 259-2000

cjschmidt@bryancave.com

Laura A. Blatz, RPR, CRR
United States District Court
750 Missouri Ave.
East St. Louis, IL 62201

Phone: (618) 482-9481
FAX: (618) 482-9195

Laura_Blatz@ilsd.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 04-18-2013   DATE DELIVERED:

**Case Style:** 12-CV-01141, Eike, et al. v Allergan, et al.
Scheduling conference, 4/15/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 30 | 4.85 | 145.50 | | | | | | | 145.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                MISC. CHARGES:

TOTAL: 145.50

LESS DISCOUNT FOR LATE DELIVERY

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:     Amt:     TOTAL DUE: $145.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                         DATE  04-18-2013

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com