# EXHIBIT 3

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of ILLINOIS

CHARLENE EIKE, et al.                    )
                    Plaintiffs,          )
            v.                           )    Case No.:    3:12-cv-01141-SMY-DGW
ALLERGAN, INC., et al.                   )
                    Defendants.          )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___4/20/2017___ against ___PLAINTIFFS___ ,
                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | $11,775.85 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL   $ | __11,775.85__ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒   Electronic service                    ☐   First class mail, postage prepaid

☐   Other:    _____

s/ Attorney:    ___Gregory E. Ostfeld_____

Name of Attorney:    ___Gregory E. Ostfeld_____

For:    ___Alcon Laboratories, Inc., Alcon Research Ltd., and Falcon Pharmaceuticals, Ltd.___    Date:  __5/19/2017__
                            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
        *Clerk of Court*                         *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

| Deponent | Affiliation | Party Seeking Reimbursement | Costs Requested |
|---|---|---|---|
| Charlene Eike | Plaintiff | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $451.50 Exhibits: $13.50 |
| Jordan Pitler | Plaintiff | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $338.40 Exhibits: $79.80 |
| Alan Raymond | Plaintiff | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $637.00 Exhibits: $133.50 |
| Dr. Brian Kriegler | Plaintiffs' Expert | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $1,091.50 Exhibits: $34.60 |
| Dr. Alan Robin | Plaintiffs' Expert | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $2,431.00 Exhibits: $262.85 |
| Gary Charbonneau | Allergan Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $504.00 |
| Lon Spada | Allergan Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $819.00 Exhibits: $559.75 |
| Matthew Jonasse | Bausch & Lomb Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $498.75 Exhibits: $37.80 |
| Daniel Arenson | Pfizer Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $302.50 Exhibits: $85.75 |
| Diane Rocco | Pfizer Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $477.50 Exhibits: $107.10 |
| Lisa Blackwell | Alcon | Alcon Laboratories, | Transcript: $662.50 |

| | Corporate Representative | Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Exhibits: $91.35 |
|---|---|---|---|
| Scott Grossman | Merck Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $587.65 |
| David Walker | Merck Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $930.75 |
| Kirk Seemann | Prasco Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $219.00 |
| Brad Wooldridge | Alcon Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $220.00 Exhibits: $101.15 |
| Greg Seitz | Sandoz Corporate Representative | Alcon Laboratories, Inc.; Alcon Research, Ltd.; Falcon Pharmaceuticals, Ltd. | Transcript: $87.50 Exhibits: $10.15 |
| | | TOTAL | $11,775.85 |
| | | | |

Note: The specified costs for which reimbursement is sought are highlighted on the invoices attached to the bill of costs.

**DTI** Court Reporting Solutions

20750 Ventura Boulevard, Suite 205
Woodlands Hills, CA 91364
Phone: 818.593.2300 - Fax: 818.593.2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| **17187400** | **03/24/2014** | **1707-362863** |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| **03/07/2014** | **REPOPO** | **3:12-cv-01141-D** |

| CASE CAPTION |
|---|
| (ALLERGAN) Charlene Eike vs. Allergan, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**David F. Norden**
**Greenberg Traurig**
**3333 Piedmont Rd., NE**
**Suite 2500**
**Atlanta, GA 30305**

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Charlene Eike            129 Pages @        3.50/Page       451.50
        Exhibit Scanning      90.00 Pages @       .15/Page        13.50
        SBF File                                                  20.00
        Unedited ASCII (RT)  108.00 Pages @      1.00/Page       108.00
        TotalTranscript                                            n/c
        Production and Code Comp                                  20.00
        Process/Delivery NL                                       25.00
                                                             _____
                               TOTAL  DUE  >>>>                  638.00

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).
```

**TAX ID NO. :**  20-2665382                                   (678) 553-2100     Fax  (678) 553-2212

*Please detach bottom portion and return with payment.*

David F. Norden
Greenberg Traurig
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305

```
Invoice No.:  17187400
Date       :  03/24/2014
TOTAL DUE  :      638.00


Job No.    :  1707-362863
Case No.   :  3:12-cv-01141-DRH-DGW
(ALLERGAN) Charlene Eike vs. Allerga
```

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

**Midwest Litigation Services**

711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Gregory E Ostfeld
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

**Invoice #:**  STL200245
**Invoice Date:**  02/25/2014
**Balance Due:**  $0.00

**Case # :**  312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152890   \|   Job Date: 2/10/2014   \|   Delivery:   Normal |
| **Billing Atty:** | **Gregory E Ostfeld** |
| **Location:** | Simon Law Firm PC<br>800 Market Street \| Suite 1700 \| St Louis, MO 63101 |
| **Sched Atty:** | Gregory E Ostfeld \| Greenberg Traurig LLP |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Jordan S Pitler | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Jordan S Pitler | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Jordan S Pitler | Exhibit Electronic / Scanned | Per page | 228.00 | $0.35 | $79.80 |
| 4 | Jordan S Pitler | Video - Additional hours | Hour | 3.50 | $125.00 | $437.50 |
| 5 | Jordan S Pitler | Video - setup & first hour | 1 | 1.00 | $200.00 | $200.00 |
| 6 | Jordan S Pitler | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 7 | Jordan S Pitler | Transcript - Original & 1 copy | Page | 188.00 | $3.60 | $676.80 |
| 8 | Jordan S Pitler | Transcript - Rough ASCII | Page | 151.00 | $1.25 | $188.75 |
| 9 | Jordan S Pitler | Attendance - Hourly | Hour | 4.50 | $30.00 | $135.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | **$1,737.85** |
| | **Payment:** | ($1,737.85) |
| | **Credits:** | |
| | **Balance Due:** | **$0.00** |

| Fed. Tax ID: 43-1699962 | Term: Due Upon Receipt |
|---|---|

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:   **Midwest Litigation Services**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

**Invoice #: STL200245**
**Job #:  152890**
**Invoice Date: 02/25/2014**

**Balance : $0.00**

Please remit payment to:
**711 N 11th Street**
**St Louis MO 63101**

**Midwest Litigation Services**

711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| | | |
|---|---|---|
| Make check payable to: | **Midwest Litigation Services** | |

☐ **Visa**  ☐ **MC**  ☐ **Amex**  ☐ **Discover**  ☐ **Lock Box**

**Credit Card #** _____  **Exp. Date** _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____
DAYTIME  PHONE

**Invoice #: STL200245**
**Job #:  152890**
**Invoice  Date: 02/25/2014**

**Balance : $0.00**

**Please remit payment to:**
**711 N 11th Street**
**St Louis MO 63101**

# Veritext
## Western Regional Headquarters

**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

142787. 010200

**Bill To:** David A. Coulson, Esq
Greenberg Traurig LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA, 30305

| | |
|---|---|
| **Invoice #:** | CA1989545 |
| **Invoice Date:** | 3/23/2014 |
| **Balance Due:** | $1,178.50 |

| | |
|---|---|
| **Case:** | Eike, Et Al v. Allergan |
| **Job #:** | 1808726 \| Job Date: 2/27/2014 \| Delivery: Normal |
| **Billing Atty:** | David A. Coulson, Esq |
| **Location:** | The Simon Law Firm, P.C. |
| | 800 Market Street \| Suite 1700 \| St. Louis, MO 63101 |
| **Sched Atty:** | Robyn E. Bladow, Esq \| Kirkland & Ellis LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 182.00 | $637.00 |
| | Exhibits | Per Page | 267.00 | $133.50 |
| Alan Raymond | Rough Draft | Page | 182.00 | $273.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $61.00 |
| | Production & Processing | 1 | 1.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $1,178.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,178.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 53 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA1989545 |
| **Job #:** | 1808726 |
| **Invoice Date:** | 3/23/2014 |
| **Balance:** | $1,178.50 |

42860

**Midwest Litigation Services**

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Gregory E Ostfeld | | |
| | Greenberg Traurig LLP | **Invoice #:** | STL200245 |
| | 77 West Wacker Drive | **Invoice Date:** | 02/25/2014 |
| | Suite 3100 | **Balance Due:** | $0.00 |
| | Chicago, IL 60601 | | |
| | | **Case #:** | 312CV01141DRHDGW |

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152890  |  Job Date: 2/10/2014  |  Delivery:  Normal |
| **Billing Atty:** | **Gregory E Ostfeld** |
| **Location:** | Simon Law Firm PC |
| | 800 Market Street | Suite 1700 | St Louis, MO 63101 |
| **Sched Atty:** | Gregory E Ostfeld | Greenberg Traurig LLP |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jordan S Pitler | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Jordan S Pitler | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Jordan S Pitler | Exhibit Electronic / Scanned | Per page | 228.00 | $0.35 | $79.80 |
| 4 | Jordan S Pitler | Video - Additional hours | Hour | 3.50 | $125.00 | $437.50 |
| 5 | Jordan S Pitler | Video - setup & first hour | 1 | 1.00 | $200.00 | $200.00 |
| 6 | Jordan S Pitler | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 7 | Jordan S Pitler | Transcript - Original & 1 copy | Page | 188.00 | $3.60 | $676.80 |
| 8 | Jordan S Pitler | Transcript - Rough ASCII | Page | 151.00 | $1.25 | $188.75 |
| 9 | Jordan S Pitler | Attendance - Hourly | Hour | 4.50 | $30.00 | $135.00 |

| Notes: | | | **Invoice Total:** | **$1,737.85** |
|---|---|---|---|---|
| | | | Payment: | ($1,737.85) |
| | | | Credits: | |
| | | | **Balance Due:** | **$0.00** |

| Fed. Tax ID: 43-1699962 | Term: Due Upon Receipt |
|---|---|

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to:   **Midwest Litigation Services**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

_____        _____
**Credit Card #**                                      **Exp. Date**

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #: STL200245**
**Job #:  152890**
**Invoice Date: 02/25/2014**

**Balance : $0.00**

Please remit payment to:
**711 N 11th Street**
**St Louis MO 63101**

**Midwest Litigation Services**

711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Make check payable to:  **Midwest Litigation Services**

☐ **Visa**  ☐ **MC**  ☐ **Amex**   ☐ **Discover**   ☐ **Lock Box**

_____   _____
**Credit Card #**                                         **Exp. Date**
_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
_____
DAYTIME  PHONE

**Invoice #: STL200245**
**Job #:  152890**
**Invoice  Date: 02/25/2014**

**Balance : $0.00**

**Please remit payment to:**
**711 N 11th Street**
**St Louis MO 63101**

**Midwest Litigation Services**

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| | |
|---|---|
| Bill To: Lori G Cohen | Invoice #: STL217375 |
| Greenberg Traurig LLP | Invoice Date: 08/20/2014 |
| 3333 Piedmont Rd NE | Balance Due: $0.00 |
| STE 2500 | |
| Atlanta, GA 30305 | |
| | Case #: 312CV01141DRHDGW |

| | |
|---|---|
| **Case:** Charlene Eike et al v. Allergan Inc et al | |
| **Job #:** 163729 | Job Date: 8/6/2014 | Delivery: Expedited | |
| **Billing Atty:** Lori G Cohen | |
| **Location:** West & Gaarder LLC | |
| 409 Washington Ave | Ste 1010 | Baltimore, MD 21204 | |
| **Sched Atty:** Lori G Cohen | Greenberg Traurig LLP | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Alan Robin MD | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Alan Robin MD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Alan Robin MD | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 4 | Alan Robin MD | Exhibit Electronic / Scanned | Per page | 751.00 | $0.35 | $262.85 |
| 5 | Alan Robin MD | Transcript - Original & 1 copy | Page | 520.00 | $9.35 | $4,862.00 |
| 6 | Alan Robin MD | Realtime | Page | 270.00 | $2.00 | $540.00 |
| 7 | Alan Robin MD | Attendance 2 Hour Minimum - IL | Hour | 9.50 | $45.00 | $427.50 |
| 8 | Alan Robin MD | Video - Additional hours | Hour | 8.50 | $125.00 | $1,062.50 |
| 9 | Alan Robin MD | Video - setup & first hour | 1 | 1.00 | $350.00 | $350.00 |

| | | |
|---|---|---|
| **Notes:** Deposition held in Baltimore MD | **Invoice Total:** | **$7,524.85** |
| Etran Only | Payment: | ($7,524.85) |
| 3 day expedite | Credits: | |
| Fed. Tax ID: 43-1699962 | Term: Due Upon Receipt | **Balance Due:** **$0.00** |

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:   **Midwest Litigation Services**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

**Credit Card #**                                    **Exp. Date**

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL217375
Job #: 163729
Invoice Date: 08/20/2014

Balance : $0.00

Please remit payment to:
711 N 11th Street
St Louis MO 63101

**Midwest Litigation Services**

711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Make check payable to: **Midwest Litigation Services**

☐ **Visa** ☐ **MC** ☐ **Amex** ☐ **Discover** ☐ **Lock Box**

**Credit Card #** _____ **Exp. Date** _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME  PHONE

**Invoice #: STL217375**
**Job #:  163729**
**Invoice  Date: 08/20/2014**

**Balance : $0.00**

**Please remit payment to:**
**711 N 11th Street**
**St Louis MO 63101**

# Midwest Litigation Services

An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Ritu Kelotra
Greenberg Traurig LLP
77 West Wacker Drive Ste 2500
Chicago, IL 60601

**Invoice #:**    STL203219
**Invoice  Date:**    03/31/2014
**Balance Due:**    $ 821.75

**Case  #:**    312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:**  152424   |   Job Date: 3/5/2014  |  Delivery:    Normal |
| **Billing Atty:** Ritu Kelotra |
| **Location:**  Gibson Dunn & Crutcher LLP |
| 3161 Michelson Dr | Irvine, CA 92612 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Gary Charbonneau Corp Rep | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Gary Charbonneau Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Gary Charbonneau Corp Rep | Media | 1 | 1.00 | $50.00 | $50.00 |
| 4 | Gary Charbonneau Corp Rep | Transcript - Rough ASCII | Page | 143.00 | $1.75 | $250.25 |
| 5 | Gary Charbonneau Corp Rep | Transcript - copy/copies | Page | 168.00 | $3.00 | $504.00 |

**Notes:**  Deposition held in Irvine, CA.

|  |  |
|---|---|
| **Invoice Total:** | $821.75 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $821.75 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:  STL203219**
**Job #:   152424**
**Invoice  Date:  03/31/2014**

**Balance : $ 821.75**

Please remit payment to:
**National Depo**
**P. O. Box 505247**
**St. Louis, MO 63150-5247**

Page 1 of 1

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Ritu Kelotra
Greenberg Traurig LLP
77 West Wacker Drive Ste 2500
Chicago, IL 60601

| | |
|---|---|
| **Invoice #:** | STL205179 |
| **Invoice Date:** | 04/22/2014 |
| **Balance Due:** | $ 1,861.00 |

**Case #:**   312CV01141DRHDGW

**Case:**   Charlene Eike et al v. Allergan Inc et al
**Job #:**   152432  |  Job Date: 3/26/2014  |  Delivery:   Normal
**Billing Atty:** Ritu Kelotra
**Location:**   Gibson Dunn & Crutcher LLP
3161 Michelson Dr | Irvine, CA 92612

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Lon Spada | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | Lon Spada | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Lon Spada | Exhibit Electronic / Scanned | Per page | 2239.00 | $0.25 | $559.75 |
| 4 | Lon Spada | Transcript - Rough ASCII | Page | 237.00 | $1.75 | $414.75 |
| 5 | Lon Spada | Media | 1 | 1.00 | $50.00 | $50.00 |
| 6 | Lon Spada | Transcript - copy/copies | Page | 273.00 | $3.00 | $819.00 |

**Notes:**   Deposition held in Irvine, CA.
Exhibits discounted due to quantity ordered.

| | |
|---|---|
| **Invoice Total:** | $1,861.00 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $1,861.00 |

Fed. Tax ID: 20-3132569                    Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐  MC ☐  Amex  ☐  Discover ☐  **Lock Box**

**Credit Card #** _____  **Exp. Date** _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

**Invoice #: STL205179**
**Job #:  152432**
**Invoice Date: 04/22/2014**

**Balance : $ 1,861.00**

Please remit payment to:
**National Depo**
P. O. Box 505247
St. Louis, MO 63150-5247

**Midwest Litigation Services**

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Caitlin M Annatoyn | | | Invoice #: | STL  203281 |
|---|---|---|---|---|---|
| | Greenberg Traurig LLP | | | Invoice  Date: | 03/31/2014 |
| | 77 West Wacker Drive | | | Balance Due: | $0.00 |
| | Suite 3100 | | | | |
| | Chicago, IL 60601 | | | | |
| | | | | Case  # : | 312CV01141DRHDGW |

| | | |
|---|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al | |
| **Job #:** | 152428   \| Job Date: 3/11/2014   \| Delivery:    Normal | |
| **Billing Atty:** | **Caitlin M Annatoyn** | |
| **Location:** | Bausch & Lomb Incorporated | |
| | 1400 N Goodman St \| Rochester, NY 14609 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Matthew Jonasse | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Matthew Jonasse | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Matthew Jonasse | Exhibit Electronic / Scanned | Per page | 108.00 | $0.35 | $37.80 |
| 4 | Matthew Jonasse | Transcript - Rough ASCII | Page | 150.00 | $1.50 | $225.00 |
| 5 | Matthew Jonasse | Transcript - copy/copies | Page | 175.00 | $2.85 | $498.75 |

| Notes: | Deposition held in Rochester, NY. | | | | Invoice Total: | $779.05 |
|---|---|---|---|---|---|---|
| | | | | | Payment: | ($779.05) |
| | | | | | Credits: | |
| | | | | | **Balance Due:** | **$0.00** |

| Fed. Tax ID: 43-1699962 | Term: Due Upon Receipt |
|---|---|

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

| | |
|---|---|
| Make check payable to:   **Midwest Litigation Services** | **Invoice #:  STL203281** |
| | **Job #:   152428** |
| ☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box | **Invoice  Date:  03/31/2014** |
| | **Balance :  $0.00** |
| **Credit Card #**                          **Exp. Date** | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | **Please remit payment to:** |
| | **711 N 11th Street** |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | **St Louis MO 63101** |
| DAYTIME  PHONE | |

## Midwest Litigation Services

An Affiliate of National Depo

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To:  Ritu Kelotra
Greenberg Traurig LLP
3333 Piedmont Rd NE
STE 2500
Atlanta, GA 30305

| | |
|---|---|
| **Invoice #:** | STL203146 |
| **Invoice Date:** | 03/31/2014 |
| **Balance Due:** | $ 550.25 |

**Case #:**    312CV01141DRHDGW

**Case:**    Charlene Eike et al v. Allergan Inc et al
**Job #:**    153289  |  Job Date: 3/14/2014  |  Delivery:    Normal
**Billing Atty: Ritu Kelotra**
**Location:**    Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel  Arenson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Daniel  Arenson | Exhibit Electronic / Scanned | Per page | 245.00 | $0.35 | $85.75 |
| 3 | Daniel  Arenson | Transcript - Rough ASCII | Page | 103.00 | $1.50 | $154.50 |
| 4 | Daniel  Arenson | Transcript - copy/copies | Page | 121.00 | $2.50 | $302.50 |

**Notes:**   Deposition held in New York, NY

| | |
|---|---|
| **Invoice Total:** | **$550.25** |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | **$550.25** |

Fed. Tax ID: 20-3132569                    Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:  STL203146**
**Job #:   153289**
**Invoice  Date: 03/31/2014**

**Balance : $ 550.25**

Please remit payment to:
**National Depo**
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To:  Ritu Kelotra
Greenberg Traurig LLP
3333 Piedmont Rd NE
STE 2500
Atlanta, GA 30305

| | |
|---|---|
| Invoice #: | STL203153 |
| Invoice Date: | 03/31/2014 |
| Balance Due: | $ 838.10 |

Case #:  312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152782  |  Job Date: 3/13/2014  |  Delivery: Normal
**Billing Atty:** Ritu Kelotra
**Location:** Kirkland & Ellis LLP
601 Lexington Ave | New York, NY 10022

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Diane Rocco Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Diane Rocco Corp Rep | Exhibit Electronic / Scanned | Per page | 306.00 | $0.35 | $107.10 |
| 3 | Diane Rocco Corp Rep | Transcript - Rough ASCII | Page | 164.00 | $1.50 | $246.00 |
| 4 | Diane Rocco Corp Rep | Transcript - copy/copies | Page | 191.00 | $2.50 | $477.50 |

**Notes:** Deposition held in New York, NY.

| | |
|---|---|
| Invoice Total: | $838.10 |
| Payment: | |
| Credits: | |
| Balance Due: | $838.10 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS:  Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | STL203153 |
| Job #: | 152782 |
| Invoice Date: | 03/31/2014 |

Balance : $ 838.10

Please remit payment to:
**National Depo**
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax. 314-644-1334

142787. 010200

G.Ostfeld      GEO

| Bill To: | Gregory E Ostfeld | | |
|---|---|---|---|
| | Greenberg Traurig LLP | | |
| | 77 West Wacker Drive Ste 2500 | | |
| | Chicago, IL 60601 | | |

| Invoice #: | STL205432 |
|---|---|
| Invoice Date: | 04/25/2014 |
| Balance Due: | $ 1,132.35 |

Case # :            312CV01141DRHDGW

| Case: | Charlene Eike et al v. Allergan Inc et al |
|---|---|
| Job #: | 153052   |   Job Date: 3/27/2014   |   Delivery:    Normal |
| Billing Atty: | **Gregory E Ostfeld** |
| Location: | Cantey Hanger LLP |
| | 600 West 6th St  Ste 300 | Conference Room 2 | Fort Worth, TX 761 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lisa Blackwell Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Lisa Blackwell Corp Rep | Exhibit Electronic / Scanned | Per page | 261.00 | $0.35 | $91.35 |
| 3 | Lisa Blackwell Corp Rep | Transcript - Rough ASCII | Page | 212.00 | $1.75 | $371.00 |
| 4 | Lisa Blackwell Corp Rep | Transcript - copy/copies | Page | 265.00 | $2.50 | $662.50 |

| Notes:   Deposition held Fort Worth, TX. | | Invoice Total: | $1,132.35 |
|---|---|---|---|
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $1,132.35 |

TERMS:   Payable upon receipt  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

THIS INVOICE IS 52 DAYS PAST DUE, PLEASE REMIT - THANK YOU

ATTY - G. OSTFELD
CIM - 142787. 010200

| Make check payable to: **National Depo** |
|---|
| ☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box |
| |
| Credit Card #                                      Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) |
| |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |
| DAYTIME PHONE |

Invoice #: STL205432
Job #:  153052
Invoice Date: 04/25/2014

Balance : $ 1,132.35

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

**Midwest Litigation Services**

711 North 11th Street
St. Louis,MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To:  Julia R Emfinger
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

| | |
|---|---|
| **Invoice #:** | STL  203262 |
| **Invoice  Date:** | 03/31/2014 |
| **Balance Due:** | $0.00 |

**Case  #:**    312CV01141DRHDGW

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152426  |  **Job Date:** 2/19/2014  |  **Delivery:**    Expedited |
| **Billing Atty:** | **Julia R Emfinger** |
| **Location:** | Reed Smith |
| | 2500 One Liberty Place | 1650 Market Street | Philadelphia, PA 19103 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Scott Grossman Corp Rep | Transcript - Rough ASCII | Page | 138.00 | $1.75 | $241.50 |
| 2 | Scott Grossman Corp Rep | Transcript - copy/copies | Page | 161.00 | $3.65 | $587.65 |
| 3 | Kirk Seemann Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 4 | Kirk Seemann Corp Rep | Transcript - Rough ASCII | Page | 46.00 | $1.75 | $80.50 |
| 5 | Kirk Seemann Corp Rep | Transcript - copy/copies | Page | 60.00 | $3.65 | $219.00 |

| | | | |
|---|---|---|---|
| **Notes:**    Deposition held in Philadelphia, PA. | | **Invoice Total:** | **$1,136.15** |
| | | Payment: | ($1,136.15) |
| | | Credits: | |
| Fed. Tax ID: 43-1699962 | Term: Due Upon Receipt | **Balance Due:** | **$0.00** |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

| |
|---|
| Make check payable to:    **Midwest Litigation Services** |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box |
| Credit Card #                              Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |
| DAYTIME  PHONE |

**Invoice #:  STL203262**
**Job #:   152426**
**Invoice  Date:  03/31/2014**

**Balance :  $0.00**

Please remit payment to:
**711 N 11th Street**
**St Louis MO 63101**

**Midwest Litigation Services**

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Julia R Emfinger
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

| | |
|---|---|
| **Invoice #:** | STL  203294 |
| **Invoice  Date:** | 03/31/2014 |
| **Balance Due:** | $0.00 |

**Case  # :**  312CV01141DRHDGW

**Case:** Charlene Eike et al v. Allergan Inc et al
**Job #:** 152433  |  Job Date: 2/18/2014  |  Delivery:  Expedited
**Billing Atty:** **Julia R Emfinger**
**Location:** Reed Smith
2500 One Liberty Place | 1650 Market Street | Philadelphia, PA 19103

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Walker Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | David Walker Corp Rep | Transcript - Rough ASCII | Page | 223.00 | $1.75 | $390.25 |
| 3 | David Walker Corp Rep | Transcript - copy/copies | Page | 255.00 | $3.65 | $930.75 |

**Notes:**   Deposition held in Philadelphia, PA.

| | |
|---|---|
| **Invoice Total:** | **$1,328.50** |
| **Payment:** | ($1,328.50) |
| **Credits:** | |
| **Balance Due:** | **$0.00** |

Fed. Tax ID: 43-1699962          Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:     **Midwest Litigation Services**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

**Credit Card #**                                          **Exp. Date**

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

| | |
|---|---|
| **Invoice #:** | **STL203294** |
| **Job #:** | **152433** |
| **Invoice  Date:** | **03/31/2014** |
| **Balance :** | **$0.00** |

Please remit payment to:
**711 N 11th Street**
**St Louis MO 63101**

142787.010200

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

G. Ostfeld        GEO

Bill To: Gregory E Ostfeld
Greenberg Traurig LLP
77 West Wacker Drive Ste 2500
Chicago, IL 60601

| | |
|---|---|
| Invoice #: | STL205322 |
| Invoice Date: | 04/25/2014 |
| Balance Due: | $ 444.15 |

Case # :        312CV01141DRHDGW

Case:       Charlene Eike et al v. Allergan Inc et al
Job #:    153053  |  Job Date: 3/28/2014  |  Delivery:    Normal
Billing Atty: Gregory E Ostfeld
Location:    Merit Texas
307 W 7th Street | Ste 1350 | Fort Worth, TX 76102

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Brad Woolridge Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Brad Woolridge Corp Rep | Exhibit Electronic / Scanned | Per page | 289.00 | $0.35 | $101.15 |
| 3 | Brad Woolridge Corp Rep | Transcript - Rough ASCII | Page | 66.00 | $1.75 | $115.50 |
| 4 | Brad Woolridge Corp Rep | Transcript - copy/copies | Page | 88.00 | $2.50 | $220.00 |

Notes:   Deposition held in Fort Worth, TX.

| | |
|---|---|
| Invoice Total: | $444.15 |
| Payment: | |
| Credits: | |
| Balance Due: | $444.15 |

Fed. Tax ID: 20-3132569                    Term: Due Upon Receipt

TERMS:   Payable upon receipt. Accounts unpaid after 30 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

### THIS INVOICE IS 52 DAYS PAST DUE, PLEASE REMIT - THANK YOU

ATTY - G. OSTFELD
CLU - 142787. 010200

Make check payable to:  **National Depo**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL205322
Job #:   153053
Invoice  Date: 04/25/2014

Balance : $ 444.15

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

**Midwest Litigation Services**

711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| | | | |
|---|---|---|---|
| Bill To: | Gregory E Ostfeld | **Invoice #:** | STL  203236 |
| | Greenberg Traurig LLP | **Invoice Date:** | 03/31/2014 |
| | 77 West Wacker Drive | **Balance Due:** | $0.00 |
| | Suite 3100 | | |
| | Chicago, IL 60601 | **Case #:** | 312CV01141DRHDGW |

| | |
|---|---|
| **Case:** | Charlene Eike et al v. Allergan Inc et al |
| **Job #:** | 152431   |   Job Date: 3/12/2014   |   Delivery:   Normal |
| **Billing Atty:** | **Gregory E Ostfeld** |
| **Location:** | Reed Smith |
| | 136 Main St | Princeton, NJ 08540 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gregory Seitz Corp Rep | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Gregory Seitz Corp Rep | Exhibit Electronic / Scanned | Per page | 29.00 | $0.35 | $10.15 |
| 3 | Gregory Seitz Corp Rep | Transcript - Rough ASCII | Page | 26.00 | $1.75 | $45.50 |
| 4 | Gregory Seitz Corp Rep | Transcript - copy/copies | Page | 35.00 | $2.50 | $87.50 |

Notes:   **Deposition held in Princeton, NJ.**

| | |
|---|---|
| **Invoice Total:** | **$150.65** |
| **Payment:** | ($150.65) |
| **Credits:** | |
| **Balance Due:** | **$0.00** |

Fed. Tax ID: 43-1699962                        Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to:     **Midwest Litigation Services**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

_____        _____
**Credit Card #**                                    **Exp. Date**

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

| |
|---|
| **Invoice #:  STL203236** |
| **Job #:   152431** |
| **Invoice Date:  03/31/2014** |
| **Balance :  $0.00** |

Please remit payment to:
**711 N 11th Street
St Louis MO 63101**